<u>**Fears Trial Phase Evidence Summary**</u>

**State's Opening Statement:** Vol. 7, start p. 1397, end p. 1424.

**Defense Opening Statement:** Vol. 7, start p. 1424, end p. 1431.

<u>**STATE'S EVIDENCE**</u>

**Patricia Gilliam** Vol. 7, start p. 1433, end p. 1453; aunt of decedent Antwaun Gilliam (p. 1433) T'waun lived with her at 539 E. 13th (p. 1433, 1436) Derrick Frazier was friends with T'waun (p. 1440) **cross** Derrick lived a couple of doors away (p. 1448) knows of Lakesha Bryant (p. 1448) has never seen Fears before (p. 1449) knew of James Grant (p. 1450)

**Keyona Hayes** Vol. 7, start p, 1453, end p.1539  new girlfriend of T'waun (p. 1455); Keyona was at her friend "Dimples" (Waleen Smith) house, nearby to where T'waun lived, around the time Apollo came on TV about 1:00 AM Sunday morning. (p. 1458-1459) Keyona's nickname is "Kee-Kee" and "Blue Hair" (p. 1459) Keyona knew of James Grant, he wanted to be Keyona's boyfriend (p. 1461-1462) Keyona met up with T'waun that night and ran into James Grant; Grant was "trying to talk to [Keyona] in front of [T'waun]" p. 1462-1463) Keyona knew Angelo Fears because he went with Keyona's friend Keeyano (p. 1463) saw Fears that Sunday morning early AM  when she and T'waun were standing outside T'waun's house talking (p. 1464); knows Steve Franklin whose nickname is "Bill" (p. 1464) did not know Lakesha Bryant, but did know Derrick Frazier as a friend (p. 1466) Bill came up and talked with T'waun, Keyona walked back into the alleyway; Bill walked down the street and James was talking to T'waun on the street; Keyona  saw them talking but could not hear what they were saying (p. 1464-1467)  Grant pulled up in a van, Fears was in the van with Grant (p. 1468) Grant was trying to talk to Keyona, but Keyona told him she was going with T'waun (p. 1469-1470) Grant and T'waun talked for about ten minutes and then T'waun told Keyona that he would be back, T'waun and Grant walked together down the street (p. 1471) Fears got out of the van and walked in the same direction as did T'waun and Grant (p. 1471-1472) about ten to 15 minutes later, Keyona saw Fears run out of the building,  James Grant walked out of the same building that Fears had run out of (p. 1474-1475) Fears got into the passenger side of the van (p. 1477) Grant walked to the van. Keyona asked Grant "where's T'waun" but Grant did not respond (p. 1478) At police station, looked at photo arrays, picked Grant from one array and Fears from another array (p. 1486-1488) **cross** James Grant said it was Fears in the van with him (p. 1506) Keeyano then recognized Fears in the van (p. 1507) after Grant and T'waun walked off, Fears stayed in the van about five to ten minutes (p. 1513) saw Fears again about 15 to 20 minutes later (p. 1515) Grant walked to the van about 2 to 5 minutes after Fears came out (p. 1516)

**Lakeesha Bryant** Vol. 7, start p. 1539, end Vol. 8, p. 1700  lived at 533 E. 13th Ave., Apartment 4, second floor in the rear (p. 1540) Derrick Frazier lived with her (p.

1542) apartment diagram **STATE'S EXHIBIT 2** kids in front bedroom, Lakeesha in back bedroom (p. 1543) knew that Derrick had a gun (p. 1550) Darius Harris –nickname "Joe" - is her boyfriend (p. 1550-1551) knew T'waun as friend with Derrick, would see T'waun every day (p. 1551) knew James Grant since they both went to the same club called "Fast Freddy's" (p. 1552) knew Fears from her cousin William Rutherford, Fears had been to her house before , knew Antonio Fears from Fast Freddy's club (p. 1555) about 1:00 AM on Sunday morning, she was awoken by a knock on the door from Derrick Frazier who was with Bill (p. 1559) Derrick got his keys to the apartment and went right back out, then door opened again and Derrick came right back in (p. 1559) Steve (Bill) was with Derrick when they came back in (p. 1561) about 15-20 minutes later, Lakeesha heard "Lay down, Give me everything" (p. 1562) Lakeesha screamed, she heard a voice say "let me go see who back in this mother fucker" (p. 1562-1563) Lakeesha heard the kid's bedroom door open and close, then recognized Grant's voice coming down the hall to her room, then realized it was Grant's voice who said "Lay down. Give me everything" (p. 1564) then she saw Grant who looked shocked to see her, she screamed "please don't hurt my baby" (p. 1565) Grant said, "baby, everything will be all right" , Grant had a big gun in his hand, looked like a TEC 9 (p. 1565) Grant picked up the phone in Lakeesha's bedroom with his left hand and asked Lakeesha if she had called the police. (p. 1566) Grant took the phone out of her room (p. 1566) As Grant stood in the doorway of her bedroom, he shouted "Shoot that nigga'" Grant said this a couple of times (p. 1568)  a gunshot went off while Grant standing in the doorway. Grant left the doorway and came back to Lakeesha's bedroom with Derrick (p. 1568) Derrick was brought in to open the safe, this was about one-half minute after the gunshot (p. 1569-1570) Frazier was saying "please don't shoot me" and Grant said "just open the mother fucking safe" (p. 1571) Derrick opened the safe and Grant ran out of the room carrying a Kroger's bag. (p. 1571) when interviewed by police later, Lakeesha gave the name Fears as a suspect, as a  result of her conversation with two guys out in the street (p. 1579) she mistakenly first gave police the name "Antonio Fears" (p. 1581) heard "shoot that nigger" once before Grant first appeared in her doorway (p. 1582) after Lakeesha saw the lineup photos, she realized she got Antonio's name mixed up with Angelo (p. 1582 –1584)  left the police station about ten AM, came back an hour later and ID'ed Grant who had been apprehended (p. 1586) **STATE'S EXHIBIT 5**  the telephone from her apartment (p. 1599) the phone had a fifty foot cord (p. 1600) **STATE'S EXHIBIT 34(A)** photo of James Grant's van (p. 1600-1601)


**Police Sergeant McKinley Brown**  Vol. 8, start p. 1701, end p. 1728 arrested Fears on April 13, 1997, for aggravated murder p. 1705; Brown observed interviews of Grant and his family and learned that a gun that was used in the homicide had been give to Solomon Britten, who is James Grant's uncle p. 1707; Brown recovered a small caliber semi-automatic weapon from Solomon Britten's closet p. 1708; gun was inside a potato chip bag that was inside the pocket of a coat in Solomon Britten's closet p. 1711 **STATE'S EXHIBIT 38 J** photo of the gun p. 1711-1712 gun was recovered the day after the homicide p. 1712 **STATE'S EXHIBIT 35** the gun p. 1718 **STATE'S EXHIBIT 35(A)** clip to the gun p. 1719  **STATE'S EXHIBIT 36** .25 caliber ammo taken from the gun recovered from Solomon Britten's house p. 1720; reddish substance

found on gun was negative for human blood p. 1726 gun processed for prints but none recovered p. 1727

**Police Criminalist Daniel Jones** Vol. 8, start p. 1728, end p.1816  ID's scene photos; phone taken in for fingerprint processing   (p. 1744) bedroom safe manufactured by Century and has a combination lock on it p. 1755 **STATE'S EXHIBIT 3(K)** photo of tipped up loveseat showing casing found underneath the loveseat p. 1762 front door of safe processed for fingerprints but came up negative p. 1769 Grant's left thumb print found on Lakeesha's phone p. 1778 (11 points of comparison? p. 1779) Fears right middle finger print lifted from Grant's van p. 1785  stipulated by Fears p. 1788; plastic baggie with a large amount of crack cocaine recovered from van, stuffed between the back of the chair and the seat portion p. 1790  23.39 grams of crack p. 1790 no matches with Grant for lifts taken from the van p. 1791 5.48 grams of crack recovered from Grant's Cadillac p. 1793-1796 **cross** prints of Fears not recovered from homicide scene p. 1815

**Coroner Dr. Robert Phalzgraph**  Vol. 8 , start p. 1821, end p. 1852    gunshot wound left temple p. 1825 path from left temple, went downwards at a 20-30 degree angle, went slightly backwards at a 5 degree angle, wound up  in the nasopharynx area that led from the nostrils to the back of the throat p. 1826 – 1827 **STATE'S EXHIBIT 46** bullet recovered from brain p. 1827 no stipling found, gun fired from more than 2 feet away p. 1832-1833 wound track consistent with victim laying on stomach on the floor and being shot in the head p. 1837

**Darius Harris** Vol. 8, start p. 1852, end p. 1879  Darius was at the basketball court on 13th Ave. the day  before T'waun was killed , had been hanging with Grant for a couple of hours, Fears came up to them p. 1858  Darius called Fears by the nickname "Lowe" p. 1859 Fears told Darius not to be outside past 11:00 o'clock that night because he was going to be robbing people p. 1860 **cross** Darius' nickname is "Joe" p. 1863 Fears came up about 9:30 or 10:00 PM on Saturday night (p. 1868)

**Criminalist Michael Trimpe** Vol. 8, start p. 1879, end p 1897 lead, barium and antimony, when found together in a spherical particle,  is unique to primer residue p. 1883   primer residue found on each hand of victim p. 1887

**Firearms Examiner William Schrand**  Vol. 9, start p. 1898, end p. 1967 a semiautomatic pistol has a cycling mechanism to bring the cartridges into line for firing, the cycling mechanism uses the energy from the exploding cartridge that is pushing backward on the cartridge case; the same pressure that is launching the bullet is also pressing backwards. That energy is used to extract the now fired cartridge case and compress a spring , which causes the slide to come forward , chambering a new round from the magazine ready to be fired again.  In the case of a semiautomatic single action pistol, this process would leave the hammer cocked, ready for the next pull of the trigger. p. 1903-1904 **STATE'S EXHIBIT 35** a 25 automatic-chambered Colt automatic-model pistol, a semiautomatic pistol p. 1909 **lands and grooves**: the barrel of the firearm is made by starting with a hole that is smaller in diameter than the bullet designed to pass

3

up the barrel. The manufacturer then cuts spiraling grooves in the barrel. Between each groove is the original small diameter hole (the lands) when a bullet passes up the barrel, the lands squeeze into the bullet and will impart a spin to the bullet. **Twist** the bullet in the barrel can go clockwise (right-hand twist ???) or counterclockwise (left hand twist ???) p. 1911 this gun was mass-produced by Colt, this gun has six lands, six groves, with a left hand twist; the width of the lands and grooves is also a specification which allows us to predict guns on the basis of the measurements we make of the bullets. Thus, a prediction about what type of gun fired a particular bullet can be made from examination of the bullet alone. **individualized marks in the barrel** in the actual practice of cutting the grooves (drilling the barrel and then cutting the grooves –rifling the barrel) individualized marks are left – the cutting, on a microscopic scale, is a process where metal is chipped out. These chips are not the same in each barrel , so no two gun barrels are exactly alike, nor will the produce exactly the same marks on bullets. On that basis, we're able to identify a bullet back to a particular rifled barrel. p. 1912 same theory applies to identification of shell casings – the firing mechanism places unique individualized marks on the casing that can be detected microscopically, casing identification can be made to a specific gun that fired it. . p. 1914 **STATE'S EXHIBIT 46** the bullet recovered from the victim p. 1915 **STATE'S EXHIBIT 48** ballistics report p. 1916 (in the report, Q-1 is the gun and Q-2 is the bullet, q-3 is the cartridge, Q-4 is the five unfired cartridges) p. 1917 **STATE'S EXHIBIT 47** is the test fired cartridge, fired from **STATE'S EXHIBIT 35** p. 1918 fired two cartridges and recovered both bullets and cartridge cases; the gun functioned and fired and is operable p. 1918; compared them with casing from scene and bullet from victim; bullet recovered from victim  was a 25 caliber full metal jacketed bullet, six lands, six grooves, left hand twist, consistent with being fired from **STATE'S EXHIBIT 35,** nothing to rule it out, widths of the lands and the grooves are the same, **STATE'S EXHIBIT 46** fired from **STATE'S EXHIBIT 35** p. 1919 compared **STATE'S EXHIBIT 4,** the casing recovered from the scene, with **STATE'S EXHIBIT 47**, the test fired casings; the casing recovered from the scene did have the same firing pin and breech face markings as the one test fired from **STATE'S EXHIBIT 35, STATE'S EXHIBIT 4** was fired from **STATE'S EXHIBIT 35** p. 1919-1920; the centered dimple on the primer of the casing recovered from the scene is the firing pin impression, surrounding that is the area that can be marked by the breech face of the firearm in which it's fired; the firing pin and breech face marks are placed on the cartridge only at the time of firing. p. 1923 extractor and ejector mark can be placed on the casing either at the time of firing or just by working through the action without firing p. 1923-1924 the purpose of the firing pin is crush the explosive mixture in the primer p. 1924for comparison purposes, one looks at the sides of the bullet, which is the bearing surface of the bullet, the side of the bullet that bear against the rifling p. 1925-1926

     during testing, checked for safeties, **STATE'S EXHIBIT 35** won't fire without a magazine in it because it has a functional magazine safety; there are four safeties on **STATE'S EXHIBIT 35** 1) a **disconnector** – if the slide is not fully closed it will not allow the trigger to connect; prevents the gun from firing multiple shots with only one pull of the trigger, for example, gun would not discharge if the trigger was pulled while the gun was slid back, once the gun was racked , the trigger would have to be released and pulled again in order to fire it p. 1941-1942 2) a magazine safety 3) a rotating manual

4

safety, interferes with the trigger linkage to the hammer (p. 1931) 4) a quarter-cock safety on the hammer p. 1927-1928 a "hair trigger" would have a trigger pull under a pound and a quarter, and extremely light pull, on **STATE'S EXHIBIT 35**, would expect a trigger pull of something in the five to eight pound range p. 1928, tested this gun, disengaged all safeties, hung weights on the trigger and kept adding weights until the action would function; hammer released at six and a half pounds, hammer held six pounds, this is not a "hair trigger" p. 1929-1930 there is a trigger safety on the gun (is this the same as the manual safety?) p. 1931 to load a bullet in the chamber of the gun, one could be manually placed, but it would be awkward to do, in normal fashion, you need to insert the magazine and pull the slide back to its forward closed position, which then picks up the top cartridge and slides it into the chamber, and if the hammer was not already cocked, that action itself would cock the hammer p. 1931-1932

  **quarter-cock safety** the purpose of the quarter cock safety is to keep the hammer from resting directly on the firing pin if there was a live round in the chamber, and if you had already chambered a round and wanted to cock it manually, the quarter-cock safety would prevent the hammer from going all the way down and striking the firing pin, if you thumb slipped off the hammer, the quarter cock safety on **STATE'S EXHIBIT 35** is present , if it was broken, it would not be present, if the quarter cock safety fails, it would break into little pieces and not be present  p. 1935

  **inertial firing pin** the firing pin is shorter than the tunnel it rides within the slide, when the hammer transmits momentum (energy) to the firing pin, the firing pin must travel the additional distance on its own to strike the primer; an inertial firing pin is safer in that you do not have sufficient energy from the hammer, just a slight motion of the hammer will not cause a discharge (?) p. 1936

  **non-inertial firing pin** the firing pin is as long or longer than the tunnel its in, so if I were pushing at the hammer at the rear of the firing pin, the firing pin itself would move. **STATE'S EXHIBIT 35** has a non-inertial firing pin; the firing pin rests right up against the shell casing, but the purpose of the quarter-cock is to prevent a blow of sufficient force from firing a chambered round. p. 1936-1937 with a [non?] inertial firing pin, only a strike of the back of the hammer, right along the line of the barrel, could supply enough energy to fire the cartridge, if stuck at a different angle, say a right angle, you would be breaking the pin or damaging a hammer, but you would not be transferring the force to the firing pin p. 1937

  not possible to cause **STATE'S EXHIBIT 35** to discharge by hitting the hammer with your hand, even if the hammer was resting against the bullet, some solid object like metal is needed p. 1938

  if a gun is dropped directly on the hammer, it may discharge; that can be determined by looking for evidence of impact to the hammer itself, like scrapes or nicks, no such marks found on the back of the hammer of **STATE'S EXHIBIT 35** p. 1938-1939

if an object hit the hammer to cause an accidental discharge, that object would still be there at the instant of discharge, the object itself would block the slide from coming backward, meaning that the discharged cartridge would stay in the gun, unless the slide was later worked manually to clear the cartridge case. p. 1939-1940 since no markings of impact on hammer, and casing found at the scene, the gun was not fired accidentally by the hammer being struck with a hard metal object p. 1941

no malfunctions found on **STATE'S EXHIBIT 35** p. 1943

**cross** stipulate that reddish colored debris on gun is not human blood p. 1945 this gun **does not have a grip safety**, on this gun the extractor pitches the casing out of the right side p. 1953

**Steve Franklin** start p. 1969, end p. 2096  has known Angelo Fears for seven years p. 1971, has known James Grant for seven years p. 1972, knew T'waun for about 1 year p. 1972, Steve Franklin's nickname is "Bill" p. 1972 Fears nickname is "Lowe" and Derrick Frazier's nickname is "Debo" p. 1975; Franklin is on the street talking with T'waun and Blue hair p. 1982-1983, Franklin asked T'waun where Derrick Frazier was at so that Franklin could buy drugs p. 1984, Franklin was looking to buy two ounces of crack p. 1988, $750 per ounce, needs $1,500 to buy p. 1989, Franklin learned that Derrick Frazier was over at April's house; at this point, James Grant got out of his van and came across the street, Franklin saw Derrick come out so Franklin walked away and went up to Derrick, and went upstairs with him, p. 1993 Franklin didn't see if anybody else was in Grant's van. p. 1994 Franklin went with Derrick to Lakeesha's house, Derrick banged on the door, Lakeesha opened it and they went in . p. 1994 Lakeesha went back to her bedroom, Franklin sat at the kitchen table, Derrick went to a back room p. 1995 Derrick brought out a Kroger's bag, pulled out a couple of ounces p. 1996, then T'waun knocked on the door and Derrick let him in, Grant came in right behind T'waun, Grant asked Derrick if he could buy a hundred p. 1997 Franklin had two thousand dollars in his hand ready to by the drugs from Derrick, Grant then pulled out a gun and said "lay it down" p. 1998, then Fears came through the door with a gun in his hand  p. 1999 Grant had a big gun and Fears had a little gun p. 2000 Grant was saying "grab all that", referring to the money Franklin had dropped on the table when Grant said "lay it down" p. 2000-2001 Franklin was also laying on the floor by this time, so was T'waun p. 2001 Derrick continued to sit in a kitchen chair p. 2002 Fears said "Don't nobody move" when he first came in the apartment p. 2003 Derrick was standing when Grant first pulled his gun and when that happened, Derrick sat down p. 2005 Fears patted T'waun and Franklin down p. 2006 Franklin saw that Fears had two guns in his hand , the other gun looked like a 45 or a 9 p. 2007 Fears is standing by T'waun's waist, Grant was asking Derrick "Where's the rest of the money" and pistol whipping him p. 2008 Derrick said "that's all of it", Fears had picked up the money Franklin dropped p. 2009 Grant then said to Fears "shoot one of them niggas', Fears said "which one?" p. 2010, Fears then said "I'm going to shoot him", meaning T'waun p. 2013 T'waun said "don't shoot me" to Fears, Fears then touched T'waun's butt with his gun p. 2014, Fears said "I should shoot you in your bootie" p. 2015 At this time, Grant was in the back room, had taken Derrick there  p. 2015 Fears then cocked the other gun, as soon as Fears cocked the gun, it went off, Fears

6

was standing right over T'waun p. 2016 Franklin saw T'waun's head jerk p. 2019 Franklin got up , ran to the nearest room and jumped out the window p. 2019-2020 Franklin's red hat flew off as he jumped out the window, recovered as **STATE'S EXHIBIT 3(D)** p. 2023, picked Fears out of a photo lineup as the shooter p. 2035

**Derrick Frazier** start p. 2097, end p.2197  knew T'waun p. 2098, knew Grant p. 2099-2100  nickname "Debo" p.2100  knew Franklin, knew Fears p. 2100-2101 knew Fears by face, had seen him about two times before shooting p. 2010-2102 had been living with Lakeesha Bryant for about three years p. 2103 had 28 and a half ounces of dope, worth about $21,000 p. 2104 had that dope for about two weeks p. 2105 would hand with T'waun every day p. 2107 Franklin and Derrick were in Derrick's apartment waiting for T'waun to come up, Derrick was going to sell two ounces to Franklin p. 2108 the dope was in Derrick's safe p. 2109  the safe was in Lakeesha's room p. 2110 Derrick had been  at his girlfriend April's apartment when T'waun called up and said to come out, that Franklin wanted to buy two ounces p. 2113 while going up to the apartment, Derrick and Franklin were negotiating price p. 2115 Derrick knocked on the door, he didn't have his keys, and Lakeesha let them in p. 2117 Derrick got two ounces for Franklin p. 2119  T'waun came in and Grant came in right behind, Grant said he wanted a hundred p. 2124-2125 Grant then told Fears to come in p. 2125 Fears comes in, Grant locks the door, Grant then has a gun in Derrick's face, Fears got his gun out, Fears had a small gun p. 2127 Grant had a bigger gun, black in color p. 2128, Grant said "Lay it down" , Grant said to Fears  "shoot one of them niggers" p. 2129 Fears said "which one?"  Fears then pointed the gun at T'waun, Grant said "no, not him" p. 2130 Fears then pointed the gun at Franklin, Derrick was sitting in the chair when this was going on p. 2131, Derrick had $280 in his pocket, Grant took the money, along with Derrick's bracelet and rings, and took a gun out of Derrick's back pocket p. 2132-2133 Fears made T'waun and Franklin lay down, Grant was looking around, Fears stuck a gun in T'waun's bootie p. 2134 T'waun said "pleas don't kill me" , Lakeesha was saying "please don't hurt my baby" , Grant went into the boy's room and then to Lakeesha's room p. 2136 Fears was sticking a gun in T'waun's bootie, saying he was going to kill him p. 2136 Grant found the safe and came back to get Derrick, both went to the bedroom , Grant got the dope from the safe, after T'waun was shot, Grant told Derrick "nigger, I should have killed you" p. 2137 Fears said to T'waun "I don't give a fuck about killing you" and then pulled the hammer back and shot T'waun p. 2139- 2140 then, Grant came out and got Derrick, they went to the back bedroom, before T'waun was shot, Grant smacked Derrick in the face with his pistol  p. 2142 Grant left p. 2147 Derrick didn't know Grant by name, but knew Fears by name p. 2151 **cross** the other gun in Fears hand was Derrick's .380 that Grant took off Derrick and gave to Fears p. 2180 Derrick saw fire jump out of **STATE'S EXHIBIT 35** p. 2183 Grant had grabbed the phone and asked Lakeesha if she had called anybody p. 2190 **redirect** Fears racked the gun and Derrick saw fire coming out of the same gun p. 2197

**Detective David Feldhaus** start p. 2198, end p. 2240   homicide detective Grant was arrested driving his Cadillac on March 30th (Sunday) about 9:00 AM p. 2202-2203 Larry Anderson was in the car with Grant, Anderson told police where the gun was ,

police then contacted Solomon Grant and retrieved the gun p. 2205, crack was recovered from Grant's Cadillac and van p. 2207 on April 13, 1997, got a "crime-stopper" tip about Fears location p. 2212, Fears arrested p. 2213 **cross** Derrick knew Grant by name and knew Fears by face p. 2227 initially, Derrick said safe contained $21,000 cash p. 2228 Derrick told Feldhaus "I don't know which one he shot him with. He could have shot him with mine or with the 25" p. 2231 **redirect    --- sidebar argument about playing taped interview of Derrick** p. 2235-2239 taped played for jury p. 2239

**State rests, defense rests** Vol. 11, p. 2266

Over objection of defendant, State gets a jury instruction on "accident" Vol. 11, p. 2264; State's closing argument -- reference to argument that gun went off accidentally when Fears holding two guns Vol. 11, p. 2301 defense objection renewed (p. 2378)

**DEFENSE CLOSING** questions prior calculation and design; Fears comment to Darius about staying off the street – discussion of purpose (start p. 2313) – reference to Schrand testimony 2314-2315; reference to two guns in Fears hand p. 2319, referred to again p. 2323-2324, reference to fears pulling the weapon back and it firing p. 2324; says voluntary manslaughter would be the appropriate verdict p. 2331

**STATE'S REBUTTAL GUILT PHASE** reference to Schrand testimony "Go over every possible way this gun could accidentally go off. [Schrand] did it. P. 2361-2362

**JURY INSTRUCTIONS GUILT PHASE** start p. 2378, (bathroom break, p. 2438 - 2440) end p. 2451 (written instructions go back with jury) (instruction about accident (Vol. 11, page 2384)

**JURY DELIBERATIONS AND VERDICT** deliberations started at 4:45 PM Vol. 11, p. 2456 – inquiry with foreperson and with individual jurors about Fears jury getting mixed up with a few people from another jury p. 2469-2481. VERDICT and polling – guilty all counts and specs. p. 2481-2504