**FEARS MITIGATION PHASE TRANSCRIPT SUMMARY**

**STATE'S MOTION TO COMPEL PRODUCTION OF SMALLDON'S NOTES AND TO COMPEL SMALLDON TO WRITE A REPORT** Vol. 12, start p. 2508, end p.    granted p. 2514  -- also, State's motion for jury instruction under new case of *State v. Williams* – about limited scope of victim induced or facilitated the offense p. 2514-2515  (not resolved) – request denied p. 2518

Discussion about **merger of counts** and jury instructions to reflect that  Vol. 12 p. 2522-2523

**STATE'S OPENING STATEMENT** start p. 2524, end p.  2529

**DEFENSE OPENING STATEMENT** start p. Vol. 12 p. 2529, end p. 2533

**STATE'S Evidence readmitted** p. 2533- 2534 State rests p. 2534

**Defense Witnesses** (Basic idea: dad a no good drunk who beat mom and the kids, after dad took off, mom working 2nd shift – kids ran wild-  Fears broke juvenile probation and went to a Hamilton County juvenile treatment facility, more problems and went to DYS twice, adult record misdemeanor assault, drug dealer by profession)

**VENUSTIEN FEARS** start p. 2534, end p.2564    Fears' mother p. 2535

**LaTonya Clark** start p. 2564, end p. 2596-   Fears sister p. 2564

State's notice that it may call neuropsychologist  Robert Terine   as possible rebuttal to Dr. Smalldon P. 2598-

**Brian Anten** start p. 2602, end p. 2615   attorney in private practice p. 2602

**Angelo Dean** start Vol. 12 p. 2615, end p. 2655       social worker for Hamilton County juvenile Court Vol. 12, page 2616    sidebar argument about  Fears' social summary from juvenile court file p. 2647- 2653 , marked as State's exhibit 1-M p. 2653 – rhetorical question about any other of Dean's clients going on to be murderers, motion for mistrial overruled p. 2654-2655

**James Fears** start p. 2656, end p. 2682  brother of defendant p. 2656

**Mae Fears** start p. 2683, end p.2707 wife of Angelo's father James Fears p. 2683

**Gail Benton** Vol. 13, start p. 2715, end p. 2735 Angelo's aunt p. 2716

**JEFFREY SMALLDON** Vol. 13, start page 2736, end p. 2908 Ph. D clinical psychology, Ohio St. University 1989 p. 2736-2738 refers on direct examination to Fears being in DYS p. 2771 Smalldon says he reviewed DYS records p. 2789 Smalldon says he's reviewed a lot of records, "Angelo has an excellent attitude, etc." p. 2790 Fears has a **full scale IQ of 75**, below 70 starts mild mental retardation p. 2792-2793 Sidebar argument plus voir dire of Smalldon p. 2798- 2824 Court concludes that Smalldon/defense have substantially complied with Court's order about turnover of data; Smalldon's notes are "work product" and won't be turned over p. 2821   DIAGNOSIS p. 2825-2830 alcohol dependence, low-grade depression, personality disorder not otherwise specified, with features of antisocial and narcissism  **cross**  Smalldon relates Fears version of the killing – the other gun (Steve Franklin's) accidentally went off, Fears didn't know until after he left that somebody got shot p. 2854-2855.

   **Fears unsworn statement** start p. 2909, end p. 2911.

   **Defense rests,** Smalldon's file marked as State's exhibit 2-M

   **State's closing argument** start Vol. 13, p. 2917, end p. 2937

   **Defense closing argument**  start p. 2937 , end p. 2950

   **State's Reply Argument** start p. 2950, end p. 2971

   **Jury Instructions**  Vol. 13, start p. 2972, end p. 2987jury instructions refer to 3 aggravating factors: 1) agg. murder in the course of kidnapping – principal offender/prior calculation and design; 2) agg murder in the course of agg robbery- prin. offender/prior calc & design; 3) agg murder in the  course of agg burglary – prin. offender/prior calc. & design p. 2977-2978; reference to merger p. 2978
   "Mitigating factors include but are not limited to the nature and circumstances of the offense and the history, character and background of the defendant and all of the following:" p. 2978
   1) offender under duress/coercion 2) mental disease or defect ; 3) youth of the offender; 4) any other factor p. 2978-2979

   **Jury Deliberations and Verdict**  commenced deliberations at 5:51 PM Vol. 13, p. 2989, jury broke for lunch at 1:15 PM , due back by 2:30 PM, verdict (time not given) jury polled  Court says "I understand the jury has some questions they would like to ask with the attorneys and the Court" Vol. 14, p. 2995  Q & A between some jurors and the court and counsel, start p.2998, end p.    topic is Smalldon p. 3022- 3026 reference to weak background of Smalldon p. 3029- 3030

   **Sentencing hearing** Vol. 14, start p. 3032, end p. 3039, merger done p. 3036 - 3037