INDEX TO
EVIDENTIARY HEARING TRANSCRIPTS
PETER PANDILIDIS
DIRECT EXAMINATION: PAGES 409-456

**ASSEMBLED A DEFENSE TEAM**

- ASSEMBLED A QUALIFIED DEFENSE TEAM .................................................................412, LINE 18
- NOT NECESSARY TO HAVE FREQUENT MEETINGS OF THE TEAM IN ORDER TO BE EFFECTIVE ...........................................................................................451, LINE 10
- PUT THE PROJECT TOGETHER WHEN YOU GO TO TRIAL, WHAT YOU'RE GOING TO USE AND NOT GOING TO USE...................................................................451, LINE 15
- WOULD NEVER GET ANYWHERE IF THEY KEPT REFERRING BACK AND FORTH TO EACH OTHER AFTER SPEAKING WITH EACH PERSON................................452, LINE 17
- MIGHT TELL HIS CO-COUNSEL HE SPOKE TO "X" NUMBER OF WITNESSES YESTERDAY AND THIS IS BASICALLY WHAT WE HAVE AND DON'T HAVE ................452, LINE 18

**CONTACT WITH / EVALUATION OF PSYCHOLOGIST**

- MET WITH PSYCHOLOGIST PRIOR TO HIS TESTIMONY .............................................440, LINE 23
- THINKS SMALLDON DID A PROFESSIONALLY GOOD JOB ON CROSS EXAMINATION ...........................................................................................................447, LINE 10
- SMALLDON ALSO GAVE INPUT ON WITNESSES AS TO WHO MIGHT BE CALLED IN MITIGATION ......................................................................................... 449, LINE 2

**CONTACT WITH /EVALUATION OF JACOBY**

- DOESN'T THINK THE WITHDRAWAL/REPLACEMENT OF MITIGATION EXPERT DELAYED MITIGATION INVESTIGATION......................................................431, LINE 15
- MITIGATION SPECIALIST WAS DOWN HERE AT LEAST ONCE....................................433, LINE 21
- DOESN'T RELY SOLELY ON MITIGATION SPECIALIST TO IDENTIFY POTENTIAL WITNESSES; ALSO RELY ON CLIENT/OTHERS........................................434, LINE 11
- WOULD CALL JACOBY AT NIGHT OR SHE WOULD CALL HIM ...................................446, LINE 10

**INTERVIEWED WITNESSES**

- FOUR HOURS OF INTERVIEWING ON OCTOBER 27 ....................................................438, LINE 23
- HAD WITNESSES COMING INTO HIS OFFICE FOR INTERVIEWS................................442, LINE 21

- 2 -

- ▪ WITNESSES WERE RELATIVES OF ANGELO ............................................................... 443, LINE 7
- ▪ DISCUSSED THEIR TESTIMONY IN THE MITIGATION PHASE ....................................... 443, LINE 8
- ▪ WOULD INQUIRE OF CLIENT'S WITNESSES IF THEY HAVE CRIMINAL RECORD ........................................................................................................................ 449, LINE 18
- ▪ INTERVIEWED LATONYA CLARK .............................................................................. 454, LINE 19

**DEVELOPED DEFENSE**

- ▪ THEY ARGUED SPECIFIC INTENT (AS A TEAM) IN ANGELO'S CASE ........................... 422, LINE 25
- ▪ VOLUNTARY INTOXICATION IS NOT A DEFENSE TO A SPECIFIC INTENT CRIME; IT'S MITIGATION ........................................................................................... 428, LINE 9