INDEX TO
EVIDENTIARY HEARING TRANSCRIPTS
MARTHA JACOBY
DIRECT EXAMINATION: PAGES 339-367
CROSS-EXAMINATION: PAGES 367-405

**MET WITH MEMBERS OF DEFENSE TEAM**

- MEETING WITH ATTORNEYS, PSYCHOLOGIST AND INVESTIGATOR TOOK PLACE BEFORE TRIAL ..................................................................................... 342, LINE 15
- FIRST MEETING WAS AUGUST 8, 1997 ........................................................ 344, LINE 25
- SHARED INITIAL BACKGROUND AT THIS MEETING ................................... 369, LINE 11
- EXPLAINED TO ROSENWALD WHAT SHE DID, HOW SHE DID IT .............. 370, LINE 4
- MEETING JUST BEFORE TRIAL ON OCTOBER 1, 1997 ............................... 350, LINE 5
- MEETING WAS TO SPECIFICALLY DISCUSS MITIGATION FOR ANGLEO FEARS ........................................................................................................... 377, LINE 21
- AT THIS MEETING, SMALLDON TALKED ABOUT HIS ASSESSMENT, ATTORNEYS TALKED ABOUT TRIAL, AND JACOBY SPOKE ABOUT HER INVESTIGATION AND INVESTIGATOR SPOKE ............................................ 351, LINE 12
- JACOBY TALKED GENERALLY ABOUT WHAT THE WITNESSES MIGHT HAV SAID AND TALKED ABOUT SPECIFICS OF SOME ........................... 355, LINE 14
- TALKED ABOUT HER INVESTIGATION, SOME OF THE PEOPLE SHE'D INTERVIEWED, WHAT THEY'D SAY ............................................................ 378, LINE 8
- ATTORNEYS TALKED ABOUT TRIAL AND WANTED TO GET INFORMATION FROM REST OF TEAM .......................................................... 381, LINE 8
- JACOBY TALKED ABOUT HIS HOME ENVIRONMENT, HIS FAMILY, WHERE HE WENT TO SCHOOL, WHAT INSTITUTIONS HE WAS IN ........................ 382, LINE 5
- DURING THE MEETING, EVERYONE SPOKE AND WERE TALKING ABOUT THE ANGELO FEARS' MITIGATION CASE STRATEGY ................................ 387, LINE 3
- CERTAIN MITIGATION THEORIES WERE DISCUSSED AS VIABLE OPTIONS ... 388, LINE 1
- THEMES INCLUDED HIS ENVIRONMENT, FAMILY, EDUCATION, SUBSTANCE ABSUE ISSUES, POVERTY ISSUES, MENTAL HEALTH/ILLNESS ISSUES .................................................................................. 388, LINE 5
- SMALLDON PROVIDED HIS DIAGNOSIS ..................................................... 388, LINE 18
- NUMBER OF THINGS WERE DISCUSSED AT THE OCTOBER 1 MEETING ..... 389, LINE 1

- ON OCTOBER 29, SHE SHARED INFORMATION WITH SMALLDON ABOUT THE MITIGATION HEARING THE DAY BEFORE ..........................................................399, LINE 19
- REPORT DATED OCTOBER 24, SHR HAS 8-9 PEOPLE LISTED AT WITNESSES .................................................................................................................401, LINE 21
- THESE 9 NAMES WERE NAMES PANDILIDIS REQUESTED........................................... 402, LINE 5
- OUT OF THE LIST OF 31 NAMES, THERE ARE PERSONS SHE WOULDN'T WANT TO PUT ON THE STAND AT MITIGATION WITNESSES......................................403, LINE 17
- RESERVATIONS ABOUT PUTTING ON ANGELO'S FATHER BECAUSE HE WAS AN ALCOHOLIC AND "IT'S KIND OF UNCERTAIN AS TO HOW HE'S GOING TO BE AT ANY ONE POINT IN TIME." ................................................................ 404, LINE 7

**MET WITH ANGELO FEARS**

- INITIAL MEETING ON AUGUST 8 TO MEET ANGELO ...................................................... 345, LINE 5
- ASKED FEARS QUESTIONS AND EXPLAINED HER ROLE TO HIM.................................372, LINE 14
- TOLD HIM HER PRIMARY FOCUS WOULD BE COLLECTING INFORMATION FOR THE SENTENCING PHASE AND LET HIM KNOW THAT WHAT THEY TALKED ABOUT WAS CONFIDENTIAL ...................................................................... 373, LINE 1
- ACHIEVED THE GOAL SHE SET OUT TO ACHIEVE THAT DAY DURING HER MEETING WITH MR. FEARS.........................................................................................373, LINE 10
- "I'D GOT ALL THE INFORMATION I NEEDED THAT DAY." ........................................373, LINE 23

**UPDATED ATTORNEYS/DEFENSE TEAM**

- SENT LETTER, DATED SEPTEMBER 4, TO UPDATE ROSENWALD ON WHAT SHE WAS DOING...............................................................................................................347, LINE 14
- PUT TOGETHER A LIST FOR ROSENWALD REGARDING POTENTIAL MITIGATION WITNESSES ............................................................................................... 354, LINE 3
- ATTORNEYS "REQUESTED SOMETHING IN WRITING IN TERMS OF ALL THE DIFFERENT INDIVIDUALS THAT MAY BE CALLED." ............................................354, LINE 13
- RECEIVED LETTER FROM ROSENWALD INFORMING HER THAT THEY WERE IN THE PROCESS OF JURY SELECTION AND WHAT HE FORESAW AS A POSSIBLE DATE FOR MITIGATION TO BEGIN ..........................................................355, LINE 22
- HAD PHONE CONTACTS WITH PANDILIDIS .................................................................358, LINE 15
- DISCUSSED STRATEGY DURING THE PHONE CONFERENCE ........................................358, LINE 19

- SENT INFORMATION (NOTES FROM HER INTERVIEWS) TO PANDILIDIS CONCERNING THE DIFFERENT PEOPLE WHO'D BE TESTIFYING AND THE THINGS THEY COULD TALK ABOUT ..................................................................358, LINE 17
- OCTOBER 23 CONFERENCE CALL WITH PANDILIDIS AND SMALLDON .......................389, LINE 15
- TALKED ABOUT MITIGATION, MORE ABOUT THE DIFFERENT PERSONS; PANDILIDIS SPECIFICALLY WANTED TO KNOW WHO WAS THE STRONGEST, THE PEOPLE THAT WOULD BEST BE ABLE TO GIVE THE INFORMATION .....................................................................................................389, LINE 23
- WHO WOULD BE THE STRONGEST PEOPLE TO TESTIFY HERE, WHO WOULD BE THE PEOPLE THAT WOULD TELL THIS THE BEST ....................................390, LINE 21
- SHE TOLD HIM WHO THE BEST WITNESSES WERE AND THOSE WERE THE ONES THAT WERE CIRCLED ON PETITIONER'S EXHIBIT 14 ........................................391, LINE 13
- "DEFENSE COUNSEL AND I HAD A NUMBER OF PHONE CONTACTS ON THAT DAY I RECALL." .......................................................................................................397, LINE 11

**COLLECTED RECORDS**

- OBTAINED RECORDS FOR THE CASE .....................................................................392, LINE 16
- WENT TO HIS SCHOOLS, JUVENILE COURT, HILLCREST, THE DEPARTMENT OF YOUTH SERVICES TO GET HIS RECORDS.........................................392, LINE 19

**INTERVIEWED MITIGATION WITNESSES**

- INTERVIEWED FAMILY, CONTACTED PROFESSIONAL PEOPLE THAT HAD BEEN INVOLVED WITH ANGELO, SCHOOL PEOPLE, FAMILY, FRIENDS, NEIGHBORS ................................................................................................................ 346, LINE 2
- BEGAN INTERVIEWING FAMILY MEMBERS ON SEPTEMBER 3, 1997 .........................346, LINE 18
- DAY BEFORE THE MITIGATION PHASE, HAD SOME CONTACTS WITH DIFFERENT PEOPLE WHO WERE GOING TO TESTIFY .................................................. 358, LINE 1
- BEFORE OCTOBER 1, SHE'D SPOKE WITH BY TELEPHONE OR FACE-TO-FACE INTERVIEW 28 POTENTIAL MITIGATION WITNESSES ........................................384, LINE 15
- ACTUALLY MORE THAN 31 PEOPLE THAT SHE SPOKE WITH..................................... 385, LINE 9
- HER CONTACTS WITH THOSE PEOPLE DIDN'T STOP WITH THAT MEETING ................385, LINE 18
- SPOKE TO AT LEAST MORE THAN 2 NEW PERSONS AFTER OCTOBER 1 .....................385, LINE 22

- 4 -

- ▪ "I HAD THE TIME" TO COMMUNICATE WHAT SHE NEEDED TO COMMUNICATE ABOUT THE RESULTS OF HER FINDINGS ..........................................386, LINE 15
- ▪ OCTOBER 27, SHE WAS CONTACTING PEOPLE WHO WERE GOING TO BE TESTIFYING; ALSO MIGHT HAVE INTERVIEWED OR RE-INTERVIEWED 2 PEOPLE THAT DAY ............................................................................................. 397, LINE 2