INDEX TO
EVIDENTIARY HEARING TRANSCRIPTS
DORIAN HALL
CROSS-EXAMINATION: PAGES 273-312
RE-DIRECT EXAMINATION: PAGES 312-332

**NO STANDARD FOR MITIGATION SPECIALISTS**

- NO ONE IN HER FIELD KNOWS, OR HAS STUDIED, PERCENTAGE OF LIFE VERDICTS V. DEATH WHEN THERE'S A PERFECT CASE OF MITIGATION ............. 279, LINE 1
- NO CHECKLIST FOR MITIGATION SPECIALISTS ............. 280, LINE 13
- ATTORNEYS MAKE THE ULTIMATE DECISION ............. 278, LINE 22
- NO MITIGATION SPECIALIST LICENSING ............. 283, LINE 21
- NO ACCREDITATION BODY FOR MITIGATION SPECIALISTS ............. 284, LINE 1
- NO FEDERAL ACCREDITATION BODY ............. 284, LINE 15
- NO ACCREDITATION BODY IN OHIO ............. 284, LINE 18
- NOT SURE OF STANDARDIZED PRACTICE FOR MITIGATION SPECIALISTS ............. 286, LINE 8
- DON'T KNOW IF THERE'S A PEER REVIEW; JUST PEOPLE MAKING COMMENTS ............. 322, LINE 19

**DIDN'T TALK WITH ANYONE CONNECTED WITH THE TRIAL**

- DIDN'T READ GUILT-PHASE TRANSCRIPT ............. 287, LINE 21
- DIDN'T READ ANY AFFIDAVITS OF FAMILY MEMBERS OTHER THAN THOSE IN POST-CONVICTION PETITION ............. 288, LINE 5
- DIDN'T TALK TO FAMILY MEMBERS ............. 288, LINE 11
- DIDN'T SPOKE TO GASTIL; ONLY READ AFFIDAVIT ............. 288, LINE 19
- DIDN'T TALK TO MARTHA JACOBY; ONLY READ AFFIDAVIT ............. 289, LINE 15
- HASN'T TALKED TO JACOBY TO THIS DAY ............. 294, LINE 23
- DOESN'T KNOW WHETHER DEFENSE TEAM WOULD HAVE LOVED TO MEET WITH JACOBY MORE OFTEN ............. 293, LINE 21
- DIDN'T TALK TO ANYONE CONNECTED WITH TRIAL ............. 290, LINE 8
- DIDN'T TALK TO ANGELO FEARS ............. 290, LINE 10
- DIDN'T TALK TO PANDILIDIS ............. 290, LINE 12
- DIDN'T' TALK TO ROSENWALD ............. 290, LINE 14
- DIDN'T TALK TO SMALLDON ............. 290, LINE 16

...

- 2 -

- DIDN'T TALK TO ANY MITIGATON WITNESSES THAT TESTIFIED AT TRIAL ............... 290, LINE 20

**AGREES THAT MORE ISN'T ALWAYS BETTER**

- IT'S NOT NECESSARILY THE MORE ALCOHOL THE BETTER ...................... 298, LINE 18
- DECISION DEPENDS ON THE TEAM ........................................................ 299, LINE 1
- IT'S NOT ALWAYS THE CASE THAT THE MORE DRUGS, THE MORE COCAINE, THE MORE HEROIN, THE MORE MARIJUANA, THE BETTER ...................... 299, LINE 19
- "THERE'S NO REAL CUT-OFF POINT" AS TO HOW MUCH IS ENOUGH/TOO MUCH ................................................................................................................ 299, LINE 23
- CAN'T GIVE A RULE THAT SAYS YOU'VE ALWAYS GOT TO PRESENT THAT INFORMATION TO THE JURY ............................................................. 301, LINE 2
- LOCATION OF CASE PLAYS A ROLE ............................................................ 301, LINE 13
- NEED TO KNOW JURISDICTION YOU'RE TRYING IN ................................ 321, LINE 2
- THAT'S AN ATTORNEY DECISION ................................................................. 302, LINE 4
- THERE'S NOT A RULE THAT SAYS YOU ADMIT INFORMATION ABOUT A REAL BAD DAD ........................................................................................ 303, LINE 1
- "YOU CAN'T THROW EVERYTHING IN." ................................................... 302, LINE 7
- "MORE IS NOT ALWAYS BETTER." ............................................................ 302, LINE 23
- ULTIMATE ISSUE IS HOW THE CASE WOULD PLAY TO A JURY ................. 308, LINE 7

**NO WAY TO DETERMINE IF ATTORNEY DID GOOD OR BAD JOB**

- SHE CAN'T CALL UPON ANY STUDIES TO SEE WHETHER AN ATTORNEY DID A GOOD JOB OR NOT ................................................................... 280, LINE 23
- NO WAY OF STATISTICALLY ASSESSING WHETHER OR NOT THE ATTORNEY MADE A GOOD OR BAD DECISION ........................................ 305, LINE 3
- ANYBODY COULD LOOK AT A CASE AND SAY THEY SHOULD HAVE DONE THIS ............................................................................................................. 305, LINE 19
- EVERYBODY'S OPINION WOULD BE AS VALID OR INVALID AS HALL'S ............. 305, LINE 25
- "EVERYONE HAS THEIR OPINION" AS TO WHAT SHOULD BE USED AND WHAT'S BACKFIRING ON THE DEFENSE ................................................. 309, LINE 19
- IT'S POSSIBLE TO HAVE ONE SINGLE HEAD GO THROUGH THE EVALUATION PROCESS AND PRESENT A WINNING MITIGATION CASE ...................... 312, LINE 19