INDEX TO
EVIDENTIARY HEARING TRANSCRIPTS
RAYMOND GASTIL
CROSS-EXAMINATION: PAGES 90-164

**NOT A PSYCHOLOGIST**
- NO DEGREES IN PSYCHOLOGY ................................................................................. 93, LINES 14
- NOT LICENSED IN PSYCHOLOGY ............................................................................... 94, LINES 3
- NO PROFESSIONAL MEMBERSHIPS ........................................................................... 94, LINES 12
- NOT A PSYCHOLOGIST ............................................................................................. 163, LINE 23

**GASTIL'S THEORY CAN'T PREDICT INDIVIDUAL BEHAVIOR**
- STATES HIS THEORY CAN BE USED TO PREDICT A FACTOR OF INDIVIDUAL BEHAVIOR, BUT NOT TO PREDICT AN INDIVIDUAL'S BEHAVIOR ................................................................................................ 150, LINE 20
- "I COULD NOT ON THE BASIS OF THE SOUTHERN THEORY OF VIOLENCE PREDICT THAT ANGELO FEARS WAS GOING TO HARM SOMEBODY ON A PARTICULAR DAY." ................................................................................. 151, LINE 1
- AGREES HIS THEORY CAN'T PREDICT HOW AN INDIVIDUAL WILL BEHAVE ..................................................................................................... 152, LINE 24
- AGREES HIS THEORY CAN BE USED TO DISCUSS EPIDEMIOLOGY OF CRIME, BUT CAN'T BE USED TO PREDICT INDIVIDUAL BEHAVIOR ........................... 153, LINE 13

**BASIS FOR HIS WORK**
- ONLY FACTUAL BASIS IS HISTORICAL ANECTDOES FROM FRANKLIN AND HOPE, EMPIRICAL BASIS OF BREARLEY, AND CRIME STATS FOR 1964 ........................................................................................................ 113, LINE 22
- HOPE – PUBLISHED IN 1956 ................................................................................... 101, LINE 16
- REDFIELD – PUBLISHED IN 1880 ............................................................................ 103, LINE 22
- REDFIELD DIDN'T HAVE STATS FROM BUREAU OF JUSTICE; JUST RELIED ON NEWSPAPER ARTICLES ................................................................... 104, LINE 18
- NEWSPAPER ARTICLES DON'T FULLY REPORT HOMICIDES, ESPECIALLY

- IN THE BLACK COMMUNITY .................................................................................... 105, LINE 8
  - BREARLEY – PUBLISHED IN 1932 ..................................................................108, LINE 14
  - BREARLEY ONLY HAD HOMICIDE STATS FOR 24 STATES FOR THE YEARS 1920 AND 1925 ..................................................................................................109, LINE 16

**CRITICISM OF HIS WORK**
- ARTICLE "HOMICIDE AND A REGIONAL CULTURE OF VIOLENCE" WAS CRITICIZED IN THE AMERICAN SOCIOLOGICAL REVIEW ........................................... 127, LINE 9

**(1) LOFTIN AND HILL**
- CRITICIZED GASTIL'S METHODOLOGY TO ARRIVE AT SOUTHERN CULTURE OF VIOLENCE HYPOTHESIS ....................................................................127, LINE 23
- FOUND GASTIL'S ESTIMATES BASED ON POOR MEASUREMENT AND ARE BIASED ........................................................................................................129, LINE 10
- HYPOTHESIS IS LOGICALLY UNTESTABLE ............................................................129, LINE 18
- FOUND INDEX TO BE A MEASURE OF REGION, NOT CULTURE..................................130, LINE 20
- GASTIL FAILED TO CITE SPECIFIC DATA SOURCES ..................................................130, LINE 25
- FINDINGS ARE "LARGELY AN ARTIFACT OF MEASUREMENT, PROCEDURES USED AND OF THE INADEQUATE SPECIFICATION OF THE FORM OF THE RELATIONSHIP BETWEEN SITUATIONAL VARIABLES AND HOMICIDES." ................................................................................................ 131, LINE 6
- CONCLUDED THE EFFECT OF THE INDEX AND GASTIL'S FORMULATION WASN'T DIFFERENT FROM ZERO IN THEIR ANALYSIS................................................132, LINE 13

**(2) ERLANGER**
- CRITICAL OF GASTIL'S CONCLUSIONS AND HIS LIMITATION OF VIOLENCE TO LETHAL VIOLENCE ........................................................................133, LINE 14
- POSSIBLE THAT PSYCHOLOGICAL DIFFERENCES ARE IMPORTANT ...........................139, LINE 16

**(3) DOERNER**
- LOFTIN/HILL ARTICLE CONVINCINGLY DAMAGES GASTIL ARGUMENT ..................... 142, LINE 2
- "GASTIL PROVIDES NIETHER A CONVINCING THEORETICAL NOR

    EMPIRICAL ARGUMENT SUPPORTIVE OF HIS LETHAL VIOLENCE CONCEPT" ........................................................................................................... 143, LINE 3
- GASTIL'S OWN STATISTICAL ANALYSIS UNDERMINES THE USE OF THE CONCEPT OF LETHAL VIOLENCE AS THE MARK OF HIS SUBCULTURE PERSPECTIVE ............................................................................................... 143, LINE 11
- HIGH ZERO CORRELATION BETWEEN STATE HOMICIDE RATES AND HOSPITAL BEDS MAY BE INDICATIVE THAT LETHAL VIOLENCE IS MORE A FUNCTION OF MEDICAL SERVICES DEPRIVATION THAN SUBCULTURE VALUES ..................................................................................................... 143, LINE 14
- CRITICAL OF GASTIL'S SOLE RELIANCE ON THE 1960 HOMICIDE RATES ................... 146, LINE 2
- GASTIL BORDERS ON COMMITTING ECOLOGICAL FALLACY ..................................... 146, LINE 17