IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ANGELO FEARS | : | CASE NO: C-1-01-183 |
| Petitioner | : | Chief Judge Walter H. Rice |
| - vs - | : | Magistrate Judge Michael R. Merz |
| MARGARET BAGLEY, WARDEN | : | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY TO STATE'S POST-HEARING RESPONSE** |
| Respondent | : | |
| | : | |

For Good Cause Shown, the Petitioner's Motion for Extension of Time to File Reply to State's Post-Hearing Response is hereby GRANTED and extended to the close of business on October 6, 2003.

September 26, 2003.

s/ **Michael R. Merz**
United States Magistrate Judge