# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ANGELO FEARS,

    Petitioner,

    -vs-

MARGARET BAGLEY, Warden,

    Respondent.

:    Case No. C-1-01-183

:    Chief Judge Walter Herbert Rice
    Magistrate Judge Michael R. Merz

:

## AMENDMENT TO BRIEFING SCHEDULE

The time within which Respondent shall file her reply to Petitioner's Supplemental Post-Evidentiary Hearing Memorandum is amended from January 28, 2004, to January 14, 2004.

January 2, 2004.

                                                    s/ **Michael R. Merz**
                                                United States Magistrate Judge