**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| ANGELO FEARS | : | CASE NO: 1:01-CV-183 |
| Petitioner | : | Chief Judge Walter H. Rice |
| - vs - | : | Magistrate Judge Michael R. Merz |
| MARGARET BAGLEY, WARDEN | : | |
| Respondent | : | |

_____

NOTICE OF SUPPLEMENTATION OF THE EVIDENTIARY
HEARING RECORD

_____

Comes now the Petitioner and supplements the evidentiary hearing record with

the "Call for Papers", referenced by Dr. Raymond Gastil at page 166 of the evidentiary

hearing transcript. There remains an additional supplementation to the evidentiary

hearing record (See page 122-123) but the supplementation is not in digital form, and

must be scanned, which will delay its filing until the week of August 16, 2004.


Respectfully submitted:

s/Lawrence J. Greger
Lawrence J. Greger
Attorney at Law 0002592
Suite 1100 Liberty Tower
120 W. Second Street
Dayton, Ohio 45402
(937) 223-3153
lgreger912@aol.com


s/Stephen A. Ferrell
STEPHEN A. FERRELL (0061707)
Assistant State Public Defender

Ohio Public Defender Commission
8 East Long Street – 11th Floor
Columbus, Ohio  43215
(614) 466-5394
steve.ferrell@opd.state.oh.us

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was electronically served on Mr. Stephen Maher, Assistant United States Attorney.

s/Lawrence J. Greger    
LAWRENCE J. GREGER
