# The HRWG Newsletter

Publication of the Homicide Research Working Group            http://www.icpsr.umich.edu/HRWG

Co-Editors: Viviana Weekes-Shackelford and Todd K. Shackelford

## The Mid-Year Meeting of the American Society of Criminology (ASC), November 13th-16th, 2002
### By Greg Weaver and Dick Block

Thursday, November 14th will be a busy day at the American Society of Criminology meeting in Chicago. The HRWG mid-year meeting will be held from 12:30-3:30. Details are yet to be finalized, but an excellent group of presenters have agreed to talk on the general theme for the session, "Firearms and Homicide." Tentatively, the session will be led by presentations from the following members: Paul Blackman, Dick Block, Dallas Drake, and Terry Miethe.

I encourage everyone to attend the sessions. There will be a 50/50 division between presentations and discussion, so I look forward to a very interesting and informative session. Also, don't forget the mid-year business meeting will be held as well. Please try to attend. A number of important topics will be covered and your input is important.

Finally, Dick Block has made reservations for November 14th at 6:30 at The Berghoff (www.berghoff.com), a German restaurant located just around the corner from the Palmer House at 17 West Adams. It's the oldest restaurant in Chicago. Expect to spend about $15 excluding tax and tip. The food is outstanding! Please contact Dick Block at rblock@luc.edu to reserve a seat.

## Homicide Research Working Group Summer Workshop
### By Wendy Regoeczi

The 2003 annual summer workshop is going to be held in Sacramento, California, June 5-8. In line with the host of the meeting – the Epidemiology and Prevention for Injury Control Branch of the California Department of Health Services – the theme for this year is *Public Health and Criminal Justice Approaches to Homicide Research*. Submissions for presentations will be accepted on a wide variety of topics, including the integration of public health and criminal justice perspectives on homicide, intimate partner homicide, weapon use, methodological and statistical issues in studying homicide, the relationship between lethal and non-lethal violence, historical perspectives on homicide, the diversity of homicide, reduction and prevention of lethal violence, homicide among demographic subgroups, drugs and lethal violence, the link between homicide victimization and offending, and homicide in popular literature.

Start giving some thought to possible presentations for the workshop and watch for further information regarding submission guidelines and deadlines in future newsletters. See you in Sacramento!



## Call for Papers!
## Homicide Studies: An Interdisciplinary & International Journal, with a focus on "Missing Data," "Terrorism and Homicide," and "The Regional Subculture of Violence"

Submissions should be on topics related to one or all of the noted special topics in the study of homicide. Manuscripts should not exceed 30 typed, double-spaced pages including references, tables and figures. References must conform to the *Publication Manual of the American Psychological Association, 5th edition.*

All artwork must be camera-ready. Authors should include their name, affiliation, mailing address, telephone number, and if available, e-mail address. Each manuscript should include an abstract and biographical statement.

Submit articles regarding "**The Regional Subculture of Violence**" in triplicate to:
Karen Parker, Guest Editor, Homicide Studies
Center for Studies in Criminology & Law
Department of Sociology, University of Florida
P.O. Box 115950, Gainesville, FL 32611-5950
**DEADLINE FOR SUBMISSION: Nov. 1, 2002.**

Submit articles regarding **"Missing Data"** in triplicate to either:
Marc Riedel, Guest Editor, Homicide Studies
Crime Studies Center, Southern Illinois University
Carbondale, IL 62901, riedel@siu.edu,
**OR**
Wendy Regoeczi, Guest Editor, Homicide Studies
Department of Sociology, Cleveland State University
1860 East 22nd Street, Cleveland, OH 44114-4435
w.regoeczi@csuohio.edu,
**DEADLINE FOR SUBMISSION: March 1, 2003.**

Submit articles regarding **"Terrorism and Homicide"** intriplicate to:

> Thomas Petee, Co-editor, Homicide Studies
> Department of Sociology, 7030 Haley Center
> Auburn University, Auburn, AL 36849
> **DEADLINE FOR SUBMISSION: May 1, 2003.**

## Announcements

**Position Available**

The Department of Psychiatry at the University of Pittsburgh School of Medicine, Western Psychiatric Institute and Clinic has an opening at the level of Assistant Professor of Psychiatry tenure track for a position on the Pittsburgh Girls Study. This major longitudinal study on the development of antisocial behavior, substance abuse, and mental health problems in girls has been started recently. The study focuses on the developmental aspects of these behaviors, risks and protective factors, and opportunities for possible intervention (although this study is not an intervention study). We seek a person with a background in the social sciences particularly with a focus on the development, risk factors and protective factors of problem behaviors in girls. This person will be expected to take a major role in the scientific and practical implementation of the Pittsburgh Girls Study under the direction of Rolf Loeber, Ph.D. and Magda Stouthamer-Loeber, Ph.D., suggest and develop new directions in research initiatives and be actively involved in scientific publications and presentations. Applicants should have a Ph.D. in psychology (or academic equivalent) and postdoctoral training in a clinical/psychiatric research setting; relevant theoretical/practical background; clinical experience with female children and adolescents is an advantage; demonstrated interest in the area of antisocial behavior, substance abuse, and mental health problems; and demonstrated evidence of research potential. Good interpersonal, communication and writing skills are essential, as well as good problem solving skills. Salary is commensurate with experience. For consideration please send a letter of interest, curriculum vitae, and three letters of recommendation to:

> Rolf Loeber, Ph.D.
> University of Pittsburgh Medical Center
> Western Psychiatric Institute and Clinic
> 3811 O'Hara Street
> Pittsburgh, PA 15213

Applicants are encouraged to respond as quickly as possible. The University of Pittsburgh is an educational institution and as an employee does not discriminate on the basis of race, color, religion, ethnicity, national origin, age, sex, or marital, veteran, or disabled status. This commitment is made by the university and is in accordance with federal, state and local laws and regulations.

## HRWG Listerv

If you are not a member of the HRWG listserv, or if you have changed email addresses and no longer receive messages from the listserv, here's how to subscribe:

Instructions available only in printed newsletter.

<u>Note</u>: When sending a message to the listserv, prefix the subject with HRWG. If you have not yet visited the HRWG website, please take a moment to do so. It provides general information about the organization as well as membership information, meetings, and publications.
http://www.icpsr.umich.edu/HRWG



## From the Editors

We would like to thank Vickie Brewer Titterington (Sam Houston State University) and Jana Jasinski (University of Central Florida) for the distribution of the newsletter and preparing the labels. We extend thanks to all who contributed articles to this issue of the newsletter. We are looking forward to working on the next issue, so please send to us suggestions or material to be included.

Please send correspondence to Todd Shackelford (tshackel@fau.edu) or Viviana Weekes-Shackelford (vwee9812@fau.edu), or by post:

Florida Atlantic University
Department of Psychology
2912 College Avenue
Davie, Fl 33314