

AN INTERDISCIPLINARY AND INTERNATIONAL ORGANIZATION

- About HRWG
- Announcements
- Meetings
- Membership
- Publications
- Contact Us
- Site Map
- Search
- Related Sites

# Homicide Studies Journal--2003

## Volume 7, Number 4 / November 2003

Special Issue: Regional Subculture of Violence, Part I

Guest Editor's Introduction Part I
*Karen F. Parker*

**The Enduring Puzzle of Southern Homicide: Is Regional Religious Culture the Missing Piece?**
Christopher G. Ellison, Jeffrey A. Burr, and Patricia L. McCall

**Regional Culture and Patterns of Homicide**
Colin Loftin and David McDowall

**Women, Region, and Types of Homicide: Are There Regional Differences in the Structural Status of Women and Homicide Offending?**
Mari A. DeWees and Karen F. Parker

## Volume 7, Number 3 / August 2003

**Taking on the Unknown: A Qualitative Comparative Analysis of Unknown Relationship Homicides**
Wendy C. Regoeczi and Terance D. Miethe

**Mass Legal Executions of Blacks in the United States, 17th-20th Centuries**
Paul H. Blackman and Vance McLaughlin

**Neighborhoods and Homicide: Sex- and Type-Specific Variation Across Three Cities**

Victoria B. Titterington, Scott Vollum, and Pamela M. Diamond

**Murder in Black and White: The Newspaper Coverage of Homicide in Houston**
Derek J. Paulsen

## Volume 7, Number 2 / May 2003

**The Historiography of American Violence**
Ira M Leonard and Christopher C. Leonard

**Offenders' Family Members' Response to Capital Crimes: The Need for Restorative Justice Iniatives**
Sarah Eschholz, Mark D. Reed, Elizabeth Beck, and Pamela Blume Leonard

**Recognizing Homicide as a Public Health Threat: Toward an Integration of Sociological and Public Health Perspectives in the Study of Violence**
William Alex Pridemore

## Volume 7, Number 1 / February 2003

**Identifying the Structural Correlates of African-American Killings: What can We Learn From Data Disaggregation?**
Charis E. Kubrin, Tim Wadsworth

**Forces of Production and Direction: A Test of an Expanded Model of Suicide and Homicide**
Ni He, Liqun Cao, William Wells, Edward Maguire

**Losing Control: Homicide Risk in Estranged and Intact Intimate Relationships**
Holly Johnson, Tina Hotton

**Classification of Deaths Resulting From Terrorism**
Lois A. Fingerhut, Donna Hoyert, Donna Pickett

**Response to "Classification of Deaths Resulting From Terrorism"**
Paul Blackman

HRWG Home | About HRWG | Announcements | Meetings | Membership
Publications | Contact Us | Site Map | Search | Related Sites

If you have comments or suggestions, email the HRWG at:
Web site feedback | Web site technical issues