Homicide Studies Journal--2004          Page 1 of 2



AN INTERDISCIPLINARY AND INTERNATIONAL ORGANIZATION

- About HRWG
- Announcements
- Meetings
- Membership
- Publications
- Contact Us
- Site Map
- Search
- Related Sites

# Homicide Studies Journal--2004

## Volume 8, Number 2 / May 2004

**Predicting Fatal Assault Among the Elderly Using the National Incident-Based Reporting System Crime Data**
Lawrence D. Chu and Jess F. Kraus

**"Who Kills Whom" Revisited: A Sociological Study of Variation in the Sex Ratio of Spouse Killings**
DeAnn K. Gauthier and William B. Bankston

**Another Side of Multiple Murder: Women Killers in the Domestic Context**
Jill Theresa Messing and John W. Heeren

## Volume 8, Number 1 / February 2004

**Special Issue: Regional Subculture of Violence, Part 2**

Guest Editor's Introduction Part 2
*Karen F. Parker*

**Civic Participation, Regional Subcultures, and Violence: The Differential Effects of Secular and Religious Participation on Adult and Juvenile Homicide**
Matthew R. Lee and John P. Bartkowski

**Regional Variations in Lethal and Nonlethal Assaults**
Roland Chilton

## Book Reviews

**The Violence-Prone Workplace: A New Approach to Dealing with Hostile, Threatening, and Uncivil Behavior** by Richard V. Denenberg and Mark Braverman
Reviewed by Christina Lanier

**Latino Homicide: Immigration, Violence, and Community** by Ramerio Martinez, Jr.
Reviewed by Ed A. Muñoz

**Convicted Survivors: The Imprisonment of Battered Women Who Kill** by Elizabeth Dermody Leonard
Reviewed by Michelle Hughes Miller

---

HRWG Home | About HRWG | Announcements | Meetings | Membership
Publications | Contact Us | Site Map | Search | Related Sites

If you have comments or suggestions, email the HRWG at:
Web site feedback | Web site technical issues