**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| ANGELO FEARS | : | CASE No: 1:01-CV-183 |
| Petitioner | : | Judge Walter H. Rice |
| - vs - | : | Magistrate Judge Michael R. Merz |
| MARGARET BAGLEY, Warden | : | |
| Respondent | : | |

_____

NOTICE OF SECOND SUPPLEMENTATION OF EVIDENTIARY
HEARING RECORD

_____

Comes now the Petitioner and supplements the evidentiary hearing record with the "Internal Origins of State Populations" a Supplement to *Cultural Regions of the United States* referenced in Dr. Gastil's testimony at p. 122-123 of the Evidentiary Hearing transcript as requested by the Magistrate Judge.

Respectfully submitted:

s/Lawrence J. Greger
Lawrence J. Greger
Attorney at Law 0002592
Suite 1100 Liberty Tower
120 W. Second Street
Dayton, Ohio 45402
(937) 223-3153
lgreger912@aol.com


s/Stephen A. Ferrell
Stephen A. Ferrell (0061707)
Assistant State Public Defender
Ohio Public Defender Commission

'              8 East Long Street—11th Floor
                Columbus, Ohio 43215
                (614) 466-5394

## **CERTIFICATE OF SERVICE**

  I hereby certify that the supplementation of the evidentiary hearing record was electronically served on Mr. Stephen Maher, Assistant Ohio Attorney General on the date same was filed with the court.


                s/Lawrence J. Greger
                Lawrence J. Greger