# INTERNAL ORIGINS OF STATE POPULATIONS

# A SUPPLEMENT TO

# CULTURAL REGIONS OF THE UNITED STATES

*Raymond D. Gastil*

*Battelle Seattle Research Center*

*September 1975*

INTERNAL ORIGINS OF STATE POPULATIONS

A SUPPLEMENT TO CULTURAL REGIONS OF THE UNITED STATES

Raymond D. Gastil

Battelle Seattle Research Center

September 1975

Internal Origins of State Populations

A Supplement to Cultural Regions of the United States

The following tables of the population in each state by state of origin are presented as a supplement to R. D. Gastil, <u>Cultural Regions of the United States</u> (Seattle: University of Washington Press, 1975). This study of cultural regions was in part an attempt to develop the thesis that those differences in culture among regions in the United States that developed very early in American history have remained a significant factor in continuing variations among Americans living in different parts of the country. To the effects of this internal migration must be added the changes that have been wrought by later immigrations that have set their stamp on areas of the country in different periods.

While the culture of a region is determined as much by the origin of its elites as by that of its population as a whole, basic statistics on internal mass migration are an essential part of the story. The fact that there are, for example, relatively fewer people in Washington State from the South than there are in California is one reason why the tone of life in Washington is different from that in California.

Migration history up to 1850 is summarized in <u>Cultural Regions</u> in Chapter I (Map 1), and in the regional descriptions of Chapter IV. The tables of this supplement carry the record forward to 1870, 1910, 1950, and 1970. These data points are far enough apart that they are not overly repetitious and yet close enough together that they do not miss important fluctuations in migration patterns.

In Part I, for each state the principal states of origin of native whites are recorded by percentage, along with percentages for the number of foreign born whites and the percentages of nonwhites at each period. This emphasis on whites accords with the assumption that they were the dominant cultural influence in most states. Part II presents data for nonwhite migration for those states where their migration has been of significance. In both parts the data are arranged by grouping the states into regions, as defined in <u>Cultural Regions</u> (Maps 4 and 5), and alphabetically within regions. An index to states arranged alphabetically is provided at the conclusion.

-2-

The native born white figures for 1870, 1910, and 1950 are calculated from: S. Kuznets and D. S. Thomas, Population Redistribution and Economic Growth, American Philosophical Society, Philadelphia, 1957, I, pp. 249-352. (Supplemented in several cases by additional census data.) The 1970 data were calculated as a percentage from state of birth data (5% sample) for all persons reporting a state of birth as given in a U.S. Bureau of the Census, United States Census, 1970, Subject Reports, State of Birth, PC(2)-2A, pp. 6-9, 43-66. Supplementary information was based on The Statistical Abstract of the United States, 1973, pp. 28-29. Generally, states are listed if they contributed 1% or more to a state's population at any of the dates examined. Since figures are rounded to nearest percent, there is a considerable underestimation of the "all other" category for states with a large number of contributing states.

Alphabetical Index to States

ALPHABETICAL INDEX TO STATES

|  | Pages | |
| State | Part I | Part II |
| --- | --- | --- |
| Alabama | 11 | |
| Alaska | 53 | |
| Arizona | 45 | |
| Arkansas | 12 | |
| California | 47,48 | 3 |
| Colorado | 40,41 | |
| Connecticut | 1 | |
| Delaware | 9 | |
| District of Columbia | 13 | |
| Florida | 14,15 | 2 |
| Georgia | 16 | 2 |
| Hawaii | 53 | |
| Idaho | 50 | |
| Illinois | 34 | 3 |
| Indiana | 35 | |
| Iowa | 36 | |
| Kansas | 37 | |
| Kentucky | 17 | |
| Louisiana | 18 | |
| Maine | 2 | |
| Maryland | 19 | |
| Massachusetts | 3 | 1 |
| Michigan | 29 | 2 |
| Minnesota | 30 | |
| Mississippi | 20 | |
| Missouri | 21 | |
| Montana | 42 | |
| Nebraska | 38 | |
| Nevada | 49 | |
| New Hampshire | 4 | |
| New Jersey | 8 | |

Alphabetical Index to States--Continued

| State | Pages | |
|---|---|---|
| | Part I | Part II |
| New Mexico | 46 | |
| New York | 7 | 1 |
| North Carolina | 22 | |
| North Dakota | 31 | |
| Ohio | 39 | |
| Oklahoma | 23 | |
| Oregon | 51 | |
| Pennsylvania | 10 | |
| Rhode Island | 5 | |
| South Carolina | 24 | |
| South Dakota | 32 | |
| Tennessee | 25 | |
| Texas | 26 | 2 |
| Utah | 44 | |
| Vermont | 6 | |
| Virginia | 27 | |
| Washington | 52 | |
| West Virginia | 28 | |
| Wisconsin | 33 | |
| Wyoming | 43 | |

# PART I

## State Population Origins 1870, 1910, 1950, 1970
### (especially Native White)
### Arranged by Region

New England Region                          -1-

## CONNECTICUT

| Native (White) State of Birth | Residence - year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |
| Connecticut | 83% | 78% | 73% | 68% |
| New York | 7 | 9 | 9 | 9 |
| Massachusetts | 4 | 5 | 5 | 5 |
| Rhode Island | 2 | 1 | 1 | 1 |
| Vermont | 1 | 1 | 1 | 1 |
| New Jersey | 1 | 1 | 1 | 2 |
| Pennsylvania | 1 | 1 | 3 | 3 |
| Maine | - | 1 | 1 | 2 |
| New Hampshire | - | - | 1 | 1 |
| Ohio | - | - | - | 1 |
| Illinois | - | - | - | 1 |
| California | - | - | - | 1 |
| All Other | 1 | 2 | 5 | 5 |
| | | | | |
| Native white | 77% | 69% | 82% | 86% |
| Negro | 2 | 1 | 3 | 6 |
| Other nonwhite | - | - | - | - |
| Foreign born (White) | 21 | 30 | 15 | 8 |

New England Region

-2-

MAINE

| Native White State of Birth | Residence - year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |
| Maine | 95% | 92% | 88% | 83% |
| Massachusetts | 2 | 3 | 5 | 5 |
| New Hampshire | 2 | 2 | 2 | 2 |
| New York | - | 1 | 1 | 2 |
| Vermont | - | - | 1 | 1 |
| Connecticut | - | - | 1 | 1 |
| New Jersey | - | - | - | 1 |
| Pennsylvania | - | - | - | 1 |
| All other | 1 | 3 | 2 | 4 |
| | | | | |
| Native white | 92 | 85 | 92 | 95 |
| Negro | - | - | - | - |
| Other nonwhite | - | - | - | - |
| Foreign born (White) | 8 | 15 | 8 | 5 |

New England Region

-3-

## MASSACHUSETTS

| Native White State of Birth | Residence - year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |
| Massachusetts | 82% | 82% | 85% | 83% |
| Maine | 5 | 4 | 2 | 2 |
| New Hampshire | 4 | 3 | 2 | 1 |
| New York | 2 | 4 | 3 | 3 |
| Vermont | 2 | 2 | 1 | 1 |
| Connecticut | 2 | 2 | 1 | 1 |
| Rhode Island | 1 | 1 | 1 | 1 |
| Pennsylvania | - | 1 | 1 | 1 |
| New Jersey | - | - | 1 | 1 |
| All other | 2 | 1 | 3 | 6 |
| | | | | |
| Native white | 75 | 68 | 83 | 89 |
| Negro | 1 | 1 | 2 | 3 |
| Other nonwhite | - | - | - | - |
| Foreign born (White) | 24 | 31 | 15 | 9 |

New England Region

-4-

NEW HAMPSHIRE

| Native White State of Birth | Residence - year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |
| New Hampshire | 84% | 75% | 70% | 62% |
| Massachusetts | 6 | 9 | 13 | 17 |
| Vermont | 4 | 6 | 5 | 4 |
| Maine | 4 | 5 | 4 | 5 |
| New York | 1 | 2 | 2 | 3 |
| Connecticut | - | - | 1 | 1 |
| Rhode Island | - | - | 1 | 1 |
| Pennsylvania | - | - | 1 | 1 |
| Ohio | - | - | - | 1 |
| New Jersey | - | - | - | 1 |
| California | - | - | - | 1 |
| All other | 1 | 3 | 3 | 3 |
| | | | | |
| Native White | 91 | 77 | 89 | 94 |
| Negro | - | - | - | - |
| Other nonwhite | - | - | - | - |
| Foreign born (White) | 9 | 22 | 11 | 6 |

-5-

## RHODE ISLAND

| Native White | Residence - year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| Rhode Island | 78% | 74% | 76% | 75% |
| Massachusetts | 12 | 11 | 10 | 9 |
| Connecticut | 3 | 4 | 2 | 2 |
| New York | 2 | 3 | 3 | 3 |
| Maine | 1 | 1 | 1 | 1 |
| New Hampshire | 1 | 1 | 1 | 1 |
| Vermont | 1 | 1 | 1 | - |
| Pennsylvania | - | 1 | 1 | 1 |
| New Jersey | - | 1 | 1 | 1 |
| All other | 2 | 3 | 4 | 7 |
| | | | | |
| Native White | 72 | 65 | 84 | 89 |
| Negro | 2 | 2 | 2 | 3 |
| Other nonwhite | - | - | - | - |
| Foreign born (White) | 25 | 33 | 14 | 8 |

<u>New England Region</u>

-6-

VERMONT

| Native White State of Birth | Residence - year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |
| Vermont | 86% | 83% | 79% | 72% |
| New Hampshire | 5 | 3 | 4 | 4 |
| New York | 4 | 7 | 6 | 7 |
| Massachusetts | 3 | 3 | 5 | 5 |
| Connecticut | 1 | - | 1 | 2 |
| Maine | - | 1 | 1 | 1 |
| Pennsylvania | - | - | 1 | 1 |
| New Jersey | - | - | 1 | 1 |
| All other | 1 | 3 | 2 | 10 |
| | | | | |
| Native White | 85 | 86 | 92 | 95 |
| Negro | - | - | - | - |
| Other nonwhite | - | - | - | - |
| Foreign Born (White) | 14 | 14 | 8 | 5 |

NEW YORK

| Native White State of Birth | Residence - year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |
| New York | 92% | 90% | 87% | 87% |
| Massachusetts | 1 | 1 | 1 | 1 |
| Connecticut | 1 | 1 | 1 | 1 |
| Vermont | 1 | - | - | - |
| Pennsylvania | 1 | 3 | 4 | 3 |
| New Jersey | 1 | 2 | 2 | 2 |
| New Hampshire | - | - | - | - |
| Ohio | - | 1 | 1 | 1 |
| Illinois | - | - | 1 | - |
| All other | 3 | 2 | 3 | 4 |
| | | | | |
| Native White | 73 | 68 | 77 | 76 |
| Negro | 1 | 1 | 6 | 12 |
| Other Nonwhite | - | - | - | 1 |
| Foreign born (White) | 26 | 30 | 17 | 11 |

NEW JERSEY

| Native White State of Birth | Residence - year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |
| New Jersey | 81% | 73% | 70% | 67% |
| New York | 11 | 14 | 12 | 13 |
| Pennsylvania | 6 | 7 | 10 | 10 |
| Massachusetts | 1 | 1 | 1 | 1 |
| Connecticut | 1 | 1 | 1 | 1 |
| Ohio | - | - | 1 | 1 |
| Maryland | - | 1 | - | - |
| Delaware | - | - | - | - |
| Illinois | - | - | 1 | 1 |
| All other | - | 3 | 4 | 6 |
| | | | | |
| Native White | 76 | 70 | 80 | 80 |
| Negro | 3 | 4 | 7 | 11 |
| Other nonwhite | - | - | - | - |
| Foreign born White | 21 | 26 | 13 | 9 |