Pennsylvanian

DELAWARE

| Native White | Residence — year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| Delaware | 80% | 75% | 65% | 56% |
| Pennsylvania | 9 | 10 | 11 | 15 |
| Maryland | 6 | 9 | 8 | 6 |
| New Jersey | 2 | 2 | 2 | 3 |
| New York | 1 | 2 | 3 | 3 |
| Massachusetts | – | – | 1 | 1 |
| Virginia | – | 1 | 2 | 2 |
| Ohio | – | – | 1 | 1 |
| Illinois | – | – | 1 | 1 |
| North Carolina | – | – | 1 | 1 |
| West Virginia | – | – | 1 | 2 |
| Tennessee | – | – | – | 1 |
| All other | 2 | 1 | 4 | 8 |
| | | | | |
| Native White | 74 | 76 | 82 | 83 |
| Negro | 18 | 15 | 14 | 14 |
| Other Nonwhite | – | – | – | – |
| Foreign born (White) | 7 | 9 | 4 | 3 |

Pennsylvanian

-10-

PENNSYLVANIA

| Native White | Residence – year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| Pennsylvania | 92% | 92% | 91% | 89% |
| New York | 3 | 2 | 2 | 2 |
| New Jersey | 1 | 1 | 1 | 1 |
| Maryland | 1 | 1 | 1 | 1 |
| Ohio | 1 | 1 | 1 | 1 |
| West Virginia | – | – | 1 | 1 |
| All other | 2 | 3 | 3 | 5 |
| | | | | |
| Native White | 83 | 79 | 86 | 87 |
| Negro | 2 | 3 | 6 | 9 |
| Other nonwhite | – | – | – | – |
| Foreign born (White) | 15 | 19 | 7 | 4 |

South

-11-

ALABAMA

| Native White | Residence - year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| Alabama | 72% | 84% | 86% | 80 |
| Georgia | 12 | 6 | 3 | 3 |
| South Carolina | 5 | 1 | – | – |
| Tennessee | 3 | 3 | 2 | 2 |
| North Carolina | 3 | – | – | – |
| Mississippi | 1 | 1 | 2 | 2 |
| Virginia | 1 | – | – | – |
| Florida | – | – | 1 | 1 |
| Illinois | – | – | – | 1 |
| Kentucky | – | – | – | 1 |
| Louisiana | – | – | – | 1 |
| Texas | – | – | – | 1 |
| All others | 3 | 5 | 6 | 8 |
| | | | | |
| Native White | 51 | 57 | 67 | 73 |
| Negro | 48 | 42 | 32 | 26 |
| Other nonwhite | – | – | – | – |
| Foreign born White | 1 | 1 | – | 1 |

-12-

ARKANSAS

| Native White | Residence – year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| Arkansas | 48% | 68% | 77% | 74% |
| Tennessee | 15 | 5 | 3 | 2 |
| Alabama | 6 | 2 | 1 | 1 |
| Georgia | 5 | 2 | – | – |
| Missouri | 4 | 5 | – | 3 |
| Mississippi | 4 | 2 | 2 | 2 |
| North Carolina | 4 | 1 | – | – |
| Kentucky | 3 | 2 | 1 | 1 |
| South Carolina | 2 | – | – | – |
| Illinois | 2 | 3 | 1 | 1 |
| Texas | 1 | 2 | 3 | 3 |
| Indiana | 1 | 2 | 1 | 1 |
| Louisiana | 1 | 1 | 1 | 1 |
| Kansas | – | 1 | 1 | 1 |
| Oklahoma | – | 1 | 2 | 3 |
| California | – | – | – | 2 |
| All other | 4 | 3 | 4 | 5 |

| | | | | |
|---|---|---|---|---|
| Native white | 74 | 71 | 77 | 81 |
| Negro | 25 | 28 | 22 | 18 |
| Other nonwhite | – | – | – | – |
| Foreign born White | 1 | 1 | – | 1 |

South

-13-

DISTRICT OF COLUMBIA

| Native White | Residence – year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| D. C. | 54% | 47% | 32% | 27% |
| Maryland | 14 | 12 | 7 | 5 |
| Virginia | 9 | 12 | 10 | 6 |
| New York | 6 | 5 | 7 | 10 |
| Pennsylvania | 6 | 6 | 9 | 9 |
| Massachusetts | 2 | 1 | 2 | 3 |
| Ohio | 1 | 2 | 2 | 3 |
| New Jersey | 1 | 1 | 2 | 3 |
| Maine | 1 | 1 | – | – |
| Connecticut | 1 | 1 | 1 | 2 |
| New Hampshire | 1 | – | – | – |
| Indiana | – | 1 | 1 | 1 |
| Illinois | – | 1 | 2 | 3 |
| North Carolina | – | 1 | 3 | 2 |
| West Virginia | – | 1 | 3 | 2 |
| California | – | – | – | 2 |
| All other | 4 | 8 | 19 | 22 |
| | | | | |
| Native white | 55 | 64 | 60 | 25 |
| Negro | 33 | 29 | 35 | 71 |
| Other nonwhite | – | – | – | – |
| Foreign born White | 12 | 7 | 5 | 5 |

–14–

FLORIDA

| Native White State of Birth | Residence – year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |
| Florida | 58% | 65% | 42% | 34% |
| Georgia | 20 | 11 | 10 | 6 |
| South Carolina | 9 | 3 | 1 | 1 |
| Alabama | 6 | 6 | 6 | 4 |
| North Carolina | 3 | 2 | 2 | 2 |
| New York | 1 | 2 | 6 | 9 |
| Virginia | 1 | 1 | 1 | 2 |
| Massachusetts | 1 | – | 2 | 2 |
| Tennessee | – | 1 | 2 | 2 |
| Mississippi | – | 1 | 1 | 1 |
| Pennsylvania | – | 1 | 4 | 5 |
| New Jersey | – | – | 2 | 3 |
| Ohio | – | 1 | 4 | 5 |
| Kentucky | – | 1 | 2 | 2 |
| Vermont | – | – | – | – |
| Illinois | – | 1 | 3 | 4 |
| Indiana | – | 1 | 2 | 2 |
| Michigan | – | 1 | 2 | 3 |
| West Virginia | – | – | 1 | 2 |
| California | – | – | – | 1 |
| Connecticut | – | – | – | 1 |
| Wisconsin | – | – | – | 1 |
| Missouri | – | – | – | 1 |
| Maryland | – | – | – | 1 |
| Texas | – | – | – | 1 |
| All other | 1 | 2 | 7 | 5 |

-15-

## FLORIDA (continued)

| | | | | | |
|---|---|---|---|---|---|
| Native White | 49 | | 54 | | 74 |
| Negro | 49 | | 41 | | 22 |
| Other Nonwhite | | | | | |
| Foreign born White | 3 | | 5 | | 4 |

South

-16-

GEORGIA

| Native White | Residence – year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| Georgia | 86% | 90% | 83% | 73% |
| South Carolina | 6 | 3 | 2 | 2 |
| North Carolina | 3 | 1 | 1 | 2 |
| Tennessee | 1 | 1 | 2 | 3 |
| Alabama | 1 | 2 | 4 | 4 |
| Virginia | 1 | – | – | 1 |
| Florida | – | 1 | 1 | 2 |
| New York | – | – | 1 | 1 |
| Pennsylvania | – | – | – | 1 |
| Kentucky | – | – | – | 1 |
| Massachusetts | – | – | – | – |
| Mississippi | – | – | – | 1 |
| Ohio | – | – | – | 1 |
| Arkansas | – | – | – | – |
| Texas | – | – | – | 1 |
| West Virginia | – | – | – | 1 |
| Illinois | – | – | – | 1 |
| All other | 2 | 2 | 6 | 5 |
| | | | | |
| Native White | 53 | 54 | 69 | 73 |
| Negro | 46 | 45 | 31 | 26 |
| Other Nonwhite | – | – | – | – |
| Foreign born White | 1 | 1 | – | 1 |

South

–17–

KENTUCKY

| Native White | Residence – year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| Kentucky | 85% | 91% | 88% | 84% |
| Tennessee | 4 | 2 | 2 | 2 |
| Virginia | 4 | 1 | 1 | 1 |
| Ohio | 2 | 2 | 2 | 3 |
| North Carolina | 1 | – | – | – |
| Indiana | 1 | 1 | 1 | 2 |
| Pennsylvania | 1 | – | – | – |
| Illinois | – | – | 1 | 1 |
| West Virginia | – | – | 1 | 1 |
| Michigan | – | – | – | 1 |
| All other | 2 | 3 | 4 | 5 |
| | | | | |
| Native White | 78 | 87 | 93 | 92 |
| Negro | 17 | 11 | 7 | 7 |
| Other nonwhite | – | – | – | – |
| Foreign born White | 5 | 2 | 1 | 1 |

South

-18-

LOUISIANA

| Native White | Residence – year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| Louisiana | 79% | 86% | 82% | 78% |
| Mississippi | 5 | 3 | 4 | 4 |
| Alabama | 4 | 2 | 1 | 1 |
| Georgia | 3 | 1 | – | – |
| South Carolina | 1 | – | – | – |
| New York | 1 | – | – | 1 |
| Tennessee | 1 | – | 1 | 1 |
| Texas | 1 | 2 | 3 | 4 |
| Virginia | 1 | – | – | – |
| Kentucky | 1 | – | – | – |
| Arkansas | 1 | 1 | 2 | 2 |
| Missouri | – | 1 | 1 | 1 |
| Illinois | – | 1 | 1 | 1 |
| Oklahoma | – | – | 1 | 1 |
| California | – | – | – | 1 |
| All other | 2 | 3 | 4 | 4 |

| | | | | |
|---|---|---|---|---|
| Native White | 41 | 54 | 66 | 69 |
| Negro | 50 | 43 | 33 | 30 |
| Other nonwhite | – | – | – | – |
| Foreign born White | 8 | 3 | 1 | 1 |

South

-19-

MARYLAND

| Native White State of Birth | Residence – year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |
| Maryland | 88% | 86% | 66% | 56% |
| Pennsylvania | 4 | 4 | 6 | 7 |
| Virginia | 3 | 3 | 4 | 5 |
| Delaware | 1 | 1 | 1 | 1 |
| New York | 1 | 1 | 3 | 4 |
| D. C. | 1 | 1 | 5 | 7 |
| New Jersey | – | – | 1 | 1 |
| Massachusetts | – | – | 1 | 1 |
| Ohio | – | – | 1 | 2 |
| North Carolina | – | – | 1 | 2 |
| Illinois | – | – | 1 | 1 |
| West Virginia | – | 1 | 3 | 3 |
| Michigan | – | – | – | 1 |
| Florida | – | – | – | 1 |
| Tennessee | – | – | – | 1 |
| Texas | – | – | – | 1 |
| California | – | – | – | 1 |
| All other | 2 | 3 | 7 | 5 |
| | | | | |
| Native White | 67 | 74 | 80 | 79 |
| Negro | 22 | 18 | 16 | 18 |
| Other nonwhite | – | – | – | – |
| Foreign born White | 10 | 8 | 4 | 3 |

South

-20-

MISSISSIPPI

| Native White | Residence – year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| Mississippi | 66% | 86% | 85% | 78% |
| Alabama | 10 | 5 | 4 | 3 |
| South Carolina | 5 | 1 | – | – |
| Tennessee | 5 | 2 | 2 | 3 |
| Georgia | 5 | 1 | 1 | 1 |
| North Carolina | 4 | – | – | – |
| Virginia | 2 | – | – | – |
| Louisiana | 1 | 2 | 2 | 3 |
| Kentucky | 1 | – | – | – |
| New York | – | – | – | – |
| Arkansas | – | – | 1 | 1 |
| Illinois | – | – | – | 1 |
| Missouri | – | – | – | – |
| Texas | – | 1 | 1 | 1 |
| California | – | – | – | 1 |
| All other | 1 | 2 | 3 | 8 |
| | | | | |
| Native White | 45 | 43 | 54 | 62 |
| Negro | 54 | 56 | 45 | 37 |
| Other nonwhite | – | – | – | – |
| Foreign born White | 1 | 1 | – | 1 |

South

-21-

MISSOURI

| Native White | Residence - year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| Missouri | 57% | 73% | 77% | 76% |
| Kentucky | 7 | 2 | 1 | 1 |
| Ohio | 5 | 2 | 1 | 1 |
| Illinois | 5 | 6 | 5 | 4 |
| Tennessee | 5 | 2 | 1 | 1 |
| Virginia | 4 | 1 | – | – |
| Indiana | 4 | 2 | 1 | 1 |
| Pennsylvania | 3 | 1 | – | – |
| New York | 3 | 1 | – | 1 |
| Iowa | 2 | 2 | 2 | 2 |
| North Carolina | 1 | – | – | – |
| Arkansas | 1 | 1 | 2 | 2 |
| Kansas | – | 2 | 3 | 3 |
| Texas | – | – | 1 | 1 |
| Nebraska | – | – | 1 | 1 |
| Oklahoma | – | – | 1 | 1 |
| California | – | – | – | 1 |
| Michigan | 1 | – | – | 1 |
| All other | 3 | 5 | 4 | 3 |
| | | | | |
| Native White | 80 | 88 | 90 | 88 |
| Negro | 7 | 5 | 8 | 10 |
| Other nonwhite | – | – | – | – |
| Foreign born White | 13 | 7 | 2 | 2 |

South

-22-

NORTH CAROLINA

| Native White | Residence - year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| North Carolina | 96% | 95% | 87% | 81% |
| Virginia | 1 | 1 | 2 | 3 |
| South Carolina | 1 | 1 | 3 | 3 |
| Tennessee | – | 1 | 1 | 1 |
| Georgia | – | – | 1 | 1 |
| New York | – | – | 1 | 1 |
| Pennyslvania | 1 | 1 | 1 | 1 |
| Ohio | – | – | – | 1 |
| West Virginia | – | – | – | 1 |
| Florida | – | – | – | 1 |
| All other | 2 | 2 | 4 | 6 |

| | | | | |
|---|---|---|---|---|
| Native White | 63 | 68 | 73 | 76 |
| Negro | 37 | 32 | 26 | 22 |
| Other nonwhite | – | – | 1 | 1 |
| Foreign born White | – | – | – | 1 |

South

-23-

OKLAHOMA

| Native White | Residence – year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| Oklahoma | 4% | 29% | 60% | 64% |
| Kansas | 17 | 7 | 5 | 4 |
| Missouri | 13 | 11 | 6 | 4 |
| Illinois | 10 | 5 | 2 | 1 |
| Texas | 9 | 12 | 8 | 8 |
| Indiana | 7 | 3 | 1 | 1 |
| Ohio | 7 | 2 | 1 | 1 |
| Iowa | 5 | 3 | 1 | 1 |
| Kentucky | 5 | 3 | 1 | 1 |
| Tennessee | 3 | 4 | 1 | 1 |
| Arkansas | 3 | 9 | 7 | 5 |
| Alabama | 1 | 2 | 1 | 1 |
| California | – | – | 1 | 2 |
| All other | 16 | 10 | 5 | 6 |
| | | | | |
| Native White | 66 | 85 | 90 | 88 |
| Negro | 8 | 8 | 7 | 7 |
| Other nonwhite | 25(?) | 4 | 2 | 4 |
| Foreign born White | 1 | 2 | 1 | 1 |

South

−24−

## SOUTH CAROLINA

| Native White | Residence − year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| South Carolina | 96% | 91% | 83% | 74% |
| Georgia | 1 | 2 | 4 | 4 |
| North Carolina | 2 | 5 | 5 | 6 |
| New York | − | − | 1 | 1 |
| Virginia | − | − | 1 | 1 |
| Pennsylvania | − | − | − | 1 |
| Massachusetts | − | − | − | − |
| Tennessee | − | − | 1 | 1 |
| Alabama | − | − | 1 | 1 |
| Florida | − | − | 1 | 1 |
| All other | 1 | 2 | 3 | 10 |
| | | | | |
| Native White | 40 | 44 | 61 | 68 |
| Negro | 59 | 55 | 39 | 31 |
| Other nonwhite | − | − | − | − |
| Foreign born White | 1 | | − | 1 |