South

-25-

TENNESSEE

| Native White | Residence — year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| Tennessee | 84% | 88% | 82% | 78% |
| North Carolina | 4 | 1 | 1 | 1 |
| Virginia | 3 | 1 | 2 | 2 |
| Kentucky | 2 | 2 | 2 | 2 |
| Alabama | 2 | 1 | 2 | 2 |
| Georgia | 1 | 1 | 1 | 1 |
| South Carolina | 1 | – | – | – |
| Mississippi | 1 | 1 | 2 | 2 |
| Ohio | – | 1 | – | 1 |
| Pennsylvania | – | – | – | – |
| New York | – | – | – | – |
| Missouri | – | – | 1 | 1 |
| Illinois | – | – | 1 | 1 |
| Arkansas | – | – | 1 | 1 |
| Texas | – | – | – | 1 |
| Michigan | – | – | – | 1 |
| All other | 2 | 4 | 5 | 6 |
| | | | | |
| Native White | 73 | 77 | 83 | 83 |
| Negro | 26 | 22 | 16 | 16 |
| Other nonwhite | – | – | – | – |
| Foreign born White | 2 | 1 | – | 1 |

South

-26-

TEXAS

| Native White | Residence - year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| Texas | 51% | 72% | 78% | 76% |
| Alabama | 8 | 3 | 1 | 1 |
| Tennessee | 8 | 4 | 1 | 1 |
| Mississippi | 6 | 3 | 1 | 1 |
| Georgia | 5 | 2 | 1 | – |
| Arkansas | 4 | 3 | 2 | 2 |
| Louisiana | 3 | 1 | 2 | 2 |
| Missouri | 3 | 2 | 1 | 1 |
| Kentucky | 3 | 2 | 1 | – |
| North Carolina | 2 | 1 | – | – |
| South Carolina | 2 | – | – | – |
| Illinois | 1 | 1 | 1 | – |
| Oklahoma | – | 1 | 3 | 3 |
| California | – | – | 1 | 1 |
| Kansas | – | – | 1 | 1 |
| New Mexico | – | – | – | 1 |
| New York | – | – | – | 1 |
| Ohio | – | – | – | 1 |
| All other | 4 | 6 | – | 7 |

| | | | | |
|---|---|---|---|---|
| Native White | 61 | 76 | 84 | 84 |
| Negro | 31 | 18 | 13 | 12 |
| Other nonwhite | – | – | – | 1 |
| Foreign born White | 8 | 6 | 4 | 3 |

South

-27-

VIRGINIA

| Native White | Residence - year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| Virginia | 94% | 90% | 72% | 62% |
| North Carolina | 2 | 3 | 5 | 5 |
| Maryland | 1 | 1 | 1 | 2 |
| New York | 1 | 1 | 2 | 2 |
| Pennsylvania | 1 | 1 | 2 | 3 |
| Tennessee | 1 | 1 | 1 | 1 |
| Kentucky | – | 1 | 1 | 1 |
| New Jersey | – | – | 1 | 1 |
| D. C. | – | – | 2 | 2 |
| Massachusetts | – | – | 1 | 1 |
| South Carolina | – | – | 1 | 1 |
| Ohio | – | – | 1 | 1 |
| Georgia | – | – | 1 | 1 |
| West Virginia | – | – | 3 | 3 |
| Illinois | – | – | – | 1 |
| Michigan | – | – | – | 1 |
| Florida | – | – | – | 1 |
| Texas | – | – | – | 1 |
| California | – | – | – | 1 |
| All other | – | 1 | 6 | 9 |
| | | | | |
| Native White | 57 | 66 | 77 | 80 |
| Negro | 42 | 33 | 22 | 18 |
| Other nonwhite | – | – | – | – |
| Foreign born White | 1 | 1 | 1 | 2 |

South

−28−

## WEST VIRGINIA

| Native White | Residence − year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| West Virginia | 90% | 82% | 84% | 84% |
| Virginia | | 5 | 3 | 3 |
| Pennsylvania | 4 | 3 | 2 | 2 |
| Ohio | 3 | 4 | 3 | 3 |
| Maryland | 2 | 1 | 1 | 1 |
| Kentucky | 1 | 2 | 2 | 2 |
| New York | − | − | − | − |
| North Carolina | − | − | − | − |
| All other | − | 3 | 5 | 5 |

| | 1870 | 1910 | 1950 | 1970 |
|---|---|---|---|---|
| Native White | 92 | 90 | 93 | 95 |
| Negro | 4 | 5 | 6 | 4 |
| Other nonwhite | − | − | − | − |
| Foreign born White | 4 | 5 | 2 | 1 |

Upper Midwest

MICHIGAN

| Native White State of Birth | Residence – year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |
| Michigan | 55% | 80% | 76% | 78% |
| New York | 26 | 5 | 1 | 1 |
| Ohio | 7 | 5 | 3 | 3 |
| Pennsylvania | 3 | 1 | 3 | 2 |
| Vermont | 2 | – | – | – |
| Indiana | 1 | 2 | 2 | 2 |
| Massachusetts | 1 | – | – | – |
| New Jersey | 1 | – | – | – |
| Connecticut | 1 | – | – | – |
| Illinois | 1 | 2 | 3 | 2 |
| Wisconsin | 1 | 1 | 1 | 1 |
| Iowa | – | – | 1 | – |
| Kentucky | – | – | 1 | 1 |
| Missouri | – | – | 1 | 1 |
| Minnesota | – | – | 1 | 1 |
| Tennessee | – | – | 1 | 1 |
| West Virginia | – | – | – | 1 |
| Arkansas | – | – | – | 1 |
| Texas | – | – | – | 1 |
| All other | 1 | 4 | 6 | 4 |
| | | | | |
| Native white | 76 | 78 | 83 | 84 |
| Negro | 1 | 1 | 7 | 11 |
| Other nonwhite | – | – | – | – |
| Foreign born White | 22 | 21 | 9 | 5 |

-30-

MINNESOTA

| Native White | Residence - year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| Minnesota | 45% | 74% | 79% | 79% |
| New York | 14 | 2 | – | 1 |
| Wisconsin | 9 | 6 | 4 | 4 |
| Ohio | 5 | 1 | – | – |
| Pennsylvania | 4 | 1 | – | – |
| Illinois | 4 | 3 | 2 | 2 |
| Maine | 4 | 1 | – | – |
| Indiana | 3 | 1 | – | – |
| Vermont | 2 | – | – | – |
| Massachusetts | 2 | – | – | – |
| Iowa | 1 | 4 | 4 | 4 |
| Michigan | 1 | 2 | 1 | 1 |
| Missouri | 1 | – | – | – |
| Nebraska | – | – | 1 | – |
| North Dakota | – | 1 | 3 | 3 |
| South Dakota | – | 1 | 2 | 2 |
| California | – | – | – | 1 |
| All other | 5 | 3 | 4 | 3 |
| | | | | |
| Native White | 63 | 73 | 92 | 95 |
| Negro | – | 1/2 | 1/2 | 1 |
| Other nonwhite | – | 1/2 | 1/2 | 1 |
| Foreign born White | 37 | 26 | 7 | 3 |

Upper Midwest

NORTH DAKOTA

| Native White | Residence - year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| North Dakota (or Dakota Territory) | 16% | 47% | 76% | 78% |
| New York | 16 | 2 | – | – |
| Minnesota | 2 | 17 | 10 | 8 |
| Wisconsin | 7 | 7 | 2 | 1 |
| Iowa | 12 | 7 | 2 | 1 |
| Michigan | 2 | 2 | – | – |
| Illinois | 7 | 4 | 1 | 1 |
| Ohio | 7 | 2 | – | – |
| Pennsylvania | 8 | 1 | – | – |
| Indiana | 4 | 2 | – | – |
| Vermont | 2 | – | – | – |
| Missouri | ? | 1 | – | – |
| South Dakota | D.T. | 3 | 3 | 3 |
| Nebraska | – | – | 1 | 1 |
| Montana | – | – | – | 1 |
| Maine | 2 | – | 1 | – |
| All other | 15 | 5 | 4 | 6 |
| | | | | |
| Native White | 58 | 72 | 90 | 94 |
| Negro | 1 | – | – | – |
| Other nonwhite | 7 | 1 | 2 | 3 |
| Foreign born White | 32 | 27 | 8 | 3 |

Upper Midwest

−32−

## SOUTH DAKOTA

| Native White | Residence − year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| South Dakota | see N.D. | 45% | 70% | 74% |
| Wisconsin | | 7 | 2 | 1 |
| Iowa | | 16 | 7 | 5 |
| Illinois | | 7 | 2 | 1 |
| New York | | 2 | − | − |
| Minnesota | | 6 | 5 | 5 |
| Ohio | | 2 | − | − |
| Pennsylvania | | 1 | − | − |
| Michigan | | 1 | 1 | − |
| Indiana | | 2 | − | − |
| Missouri | | 2 | 1 | 1 |
| Nebraska | | 4 | 4 | 3 |
| North Dakota | | 1 | 2 | 3 |
| Kansas | | 1 | 1 | 1 |
| Montana | | − | − | 1 |
| All other | | 3 | 5 | 5 |
| | | | | |
| Native White | see N.D. | 79 | 92 | 93 |
| Negro | | − | − | − |
| Other nonwhite | | 3 | 4 | 5 |
| Foreign born White | | 17 | 5 | 2 |

Upper Midwest

-33-

WISCONSIN

| Native White State of Birth | Residence – year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |
| Wisconsin | 65% | 86% | 85% | 84% |
| New York | 15 | 2 | – | 1 |
| Ohio | 3 | 1 | – | 1 |
| Pennsylvania | 3 | 1 | – | – |
| Vermont | 2 | – | – | – |
| Illinois | 2 | 2 | 4 | 4 |
| Massachusetts | 2 | – | – | – |
| Maine | 1 | – | – | – |
| Indiana | 1 | 1 | 1 | 1 |
| Connecticut | 1 | 2 | – | – |
| Michigan | 1 | 1 | 2 | 2 |
| Iowa | – | 2 | 1 | 1 |
| Minnesota | – | – | 2 | 2 |
| All other | 4 | 4 | 6 | 4 |
| | | | | |
| Native White | 65 | 77 | 92 | 93 |
| Negro | – | – | 1 | 3 |
| Other nonwhite | – | – | – | 1 |
| Foreign born White | 35 | 22 | 6 | 3 |

Central Midwest

-34-

ILLINOIS

| Native White | Residence – year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| Illinois | 59% | 78% | 79% | 78% |
| Ohio | 8 | 3 | 1 | 1 |
| New York | 7 | 2 | 1 | 1 |
| Pennsylvania | 5 | 2 | 1 | 1 |
| Indiana | 4 | 3 | 2 | 2 |
| Kentucky | 3 | 1 | 1 | 1 |
| Tennessee | 2 | 1 | 1 | 1 |
| Virginia | 2 | – | – | – |
| Missouri | 1 | 2 | 2 | 2 |
| Massachusetts | 1 | – | – | – |
| Vermont | 1 | – | – | – |
| Wisconsin | 1 | 2 | 2 | 2 |
| Iowa | 1 | 1 | 2 | 2 |
| Michigan | – | 1 | 1 | 1 |
| Minnesota | – | – | 1 | 1 |
| West Virginia | – | – | – | – |
| Arkansas | – | – | – | 1 |
| Texas | – | – | – | 1 |
| California | – | – | – | 1 |
| All other | 5 | 2 | 6 | 5 |

| | | | | |
|---|---|---|---|---|
| Native White | 79 | 77 | 83 | 80 |
| Negro | 1 | 2 | 7 | 13 |
| Other nonwhite | – | – | – | 1 |
| Foreign born White | 20 | 21 | 9 | 6 |

Central Midwest

-35-

INDIANA

| Native White | Residence - year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| Indiana | 69% | 81% | 77% | 75% |
| Ohio | 12 | 6 | 3 | 3 |
| Kentucky | 4 | 3 | 5 | 6 |
| Pennsylvania | 4 | 1 | 1 | 1 |
| Virginia | 2 | - | - | - |
| New York | 2 | 1 | 1 | 1 |
| North Carolina | 2 | - | - | - |
| Illinois | 1 | 3 | 5 | 5 |
| Tennessee | 1 | - | 1 | 1 |
| Maryland | 1 | - | - | - |
| Michigan | - | 1 | 1 | 1 |
| Missouri | - | - | 1 | 1 |
| Wisconsin | - | - | - | 1 |
| West Virginia | - | - | - | 1 |
| All other | 2 | 4 | 5 | 6 |
| | | | | |
| Native White | 90 | 92 | 93 | 91 |
| Negro | 1 | 2 | 4 | 7 |
| Other nonwhite | - | - | - | - |
| Foreign born White | 8 | 6 | 3 | 2 |

Central Midwest

-36-

## IOWA

| Native White State of Birth | Residence - year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |
| Iowa | 43% | 73% | 82% | 81% |
| Ohio | 13 | 3 | – | – |
| New York | 8 | 2 | – | – |
| Pennsylvania | 7 | 2 | – | – |
| Illinois | 7 | 7 | 4 | 3 |
| Indiana | 7 | 2 | 1 | – |
| Wisconsin | 2 | 2 | 1 | 1 |
| Virginia | 2 | – | – | – |
| Kentucky | 1 | – | – | – |
| Missouri | 1 | 2 | 3 | 2 |
| Vermont | 1 | – | – | – |
| Michigan | 1 | – | – | – |
| Minnesota | – | 1 | 2 | 2 |
| Nebraska | – | 1 | 2 | 2 |
| Kansas | – | 1 | 1 | 1 |
| South Dakota | – | – | 1 | 1 |
| California | – | – | – | 1 |
| All other | 7 | 4 | 3 | 6 |
| | | | | |
| Native White | 82 | 87 | 96 | 97 |
| Negro | – | 1 | 1 | 1 |
| Other nonwhite | – | – | – | – |
| Foreign born White | 17 | 12 | 3 | 2 |

Central Midwest

KANSAS

| Native White State of Birth | Residence – year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |
| Kansas | 20% | 54% | 68% | 67% |
| Ohio | 13 | 5 | 1 | 1 |
| Illinois | 12 | 8 | 3 | 2 |
| Indiana | 10 | 5 | 1 | 1 |
| Missouri | 8 | 9 | 10 | 9 |
| Pennsylvania | 6 | 3 | 1 | 1 |
| New York | 6 | 2 | – | 1 |
| Kentucky | 5 | 2 | 1 | – |
| Iowa | 4 | 4 | 2 | 1 |
| Virginia | 3 | 1 | – | – |
| Tennessee | 2 | 1 | – | – |
| Wisconsin | 1 | 1 | – | – |
| Massachusetts | 1 | – | – | – |
| Arkansas | – | – | 1 | 1 |
| Texas | – | – | 1 | 2 |
| Nebraska | – | 2 | 2 | 2 |
| Colorado | – | – | 1 | 1 |
| Oklahoma | – | 1 | 4 | 4 |
| California | – | – | – | 1 |
| All other | 9 | 2 | 3 | 6 |
| | | | | |
| Native White | 80 | 89 | 94 | 93 |
| Negro | 5 | 3 | 4 | 5 |
| Other nonwhite | 3 | – | – | 1 |
| Foreign born White | 13 | 8 | 2 | 1 |

Central Midwest

–38–

NEBRASKA

| Native White | Residence – year | | | |
| State of Birth | 1870 | 1910 | 1950 | 1970 |
|---|---|---|---|---|
| Nebraska | 20% | 59% | 76% | 76% |
| Ohio | 12 | 3 | 1 | – |
| Illinois | 11 | 8 | 2 | 1 |
| New York | 10 | 2 | – | – |
| Iowa | 8 | 9 | 6 | 6 |
| Pennsylvania | 8 | 2 | – | – |
| Indiana | 7 | 3 | 1 | – |
| Missouri | 5 | 3 | 2 | 2 |
| Wisconsin | 4 | 2 | 1 | – |
| Virginia | 2 | – | – | – |
| Michigan | 2 | 1 | – | – |
| Kansas | 1 | 2 | 3 | 3 |
| Minnesota | – | 1 | 1 | 1 |
| Colorado | – | – | 1 | 1 |
| Wyoming | – | – | – | – |
| South Dakota | 1 | 1 | 1 | 1 |
| Texas | – | – | – | 1 |
| California | – | – | – | 1 |
| All other | 10 | 5 | 5 | 7 |
| | | | | |
| Native White | 74 | 84 | 94 | 95 |
| Negro | 1 | 1 | 1 | 3 |
| Other nonwhite | – | – | – | – |
| Foreign born White | 25 | 15 | 4 | 2 |

Central Midwest

-39-

OHIO

| Native White | Residence - year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| Ohio | 81% | 86% | 79% | 76% |
| Pennsylvania | 7 | 4 | 4 | 4 |
| New York | 3 | 1 | 1 | 1 |
| Virginia | 3 | 1 | - | 1 |
| Maryland | 1 | - | - | - |
| Indiana | 1 | 2 | 2 | 1 |
| Kentucky | 1 | 2 | 4 | 4 |
| Massachusetts | 1 | - | - | - |
| New Jersey | 1 | - | - | - |
| Connecticut | 1 | - | - | - |
| Vermont | - | - | - | - |
| Michigan | - | 1 | 1 | 1 |
| Illinois | - | 1 | 1 | 1 |
| Missouri | - | - | - | - |
| Tennessee | - | - | 1 | 1 |
| West Virginia | - | 1 | 3 | 4 |
| All other | - | 1 | 4 | 6 |
| | | | | |
| Native White | 84 | 85 | 88 | 88 |
| Negro | 2 | 2 | 6 | 9 |
| Other nonwhite | - | - | - | - |
| Foreign born White | 14 | 13 | 6 | 3 |

-41-

## COLORADO (Continued)

| | | | |
|---|---|---|---|
| Native White | 82 | 82 | 93 |
| Negro | 1 | 1 | 2 |
| Other nonwhite | 1 | 1 | — |
| Foreign born White | 17 | 16 | 4 |

Rocky Mountain

-42-

MONTANA

| Native White | Residence − year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| Montana | 13% | 34% | 55% | 61% |
| New York | 14 | 3 | 1 | 1 |
| Missouri | 11 | 6 | 2 | 1 |
| Ohio | 9 | 3 | 1 | 1 |
| Pennsylvania | 7 | 3 | 1 | 1 |
| Illinois | 7 | 5 | 2 | 1 |
| Kentucky | 4 | 1 | − | − |
| Indiana | 4 | 2 | 1 | − |
| Iowa | 4 | 7 | 3 | 2 |
| Virginia | 3 | 1 | − | − |
| Maine | 2 | 1 | − | − |
| Wisconsin | 2 | 6 | 3 | 2 |
| Michigan | 2 | 4 | 1 | 1 |
| Minnesota | 1 | 7 | 5 | 4 |
| Kansas | 1 | 2 | 1 | 1 |
| Nebraska | 1 | 2 | 2 | 2 |
| Idaho | − | 1 | 2 | 2 |
| Washington | − | 1 | 2 | 2 |
| Wyoming | − | − | 1 | 2 |
| North Dakota | − | 2 | 6 | 6 |
| South Dakota | − | 1 | 2 | 2 |
| Oklahoma | − | − | − | 1 |
| Texas | − | − | − | 1 |
| Colorado | − | − | − | 1 |
| Utah | − | − | − | 1 |
| California | − | − | − | 2 |
| Oregon | − | − | − | 1 |
| All other | 15 | 8 | 9 | 1 |

| | 1870 | 1910 | 1950 | 1970 |
|---|---|---|---|---|
| Native white | 60 | 71 | 89 | 93 |
| Negro | 1 | − | − | − |
| Other nonwhite | | 3 | 3 | 4 |
| Foreign Born | | | | |
|    White | 29 | 24 | 7 | 3 |

Rocky Mountain

-43-

WYOMING

| Native White State of Birth | Residence - year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |
| Wyoming | 5% | 27% | 40% | 47% |
| New York | 19 | 3 | 1 | 1 |
| Pennsylvania | 11 | 4 | 1 | 1 |
| Ohio | 9 | 4 | 1 | – |
| Illinois | 7 | 6 | 3 | 2 |
| Missouri | 5 | 6 | 4 | 2 |
| Iowa | 4 | 9 | 4 | 3 |
| Indiana | 4 | 3 | 1 | 1 |
| Massachusetts | 4 | 1 | – | – |
| Virginia | 4 | 1 | – | – |
| Kentucky | 2 | 1 | – | – |
| Wisconsin | 2 | 2 | 1 | 1 |
| Utah | 2 | 5 | 3 | 2 |
| Nebraska | 2 | 8 | 10 | 9 |
| Colorado | 2 | 3 | 6 | 5 |
| Kansas | – | 4 | 4 | 3 |
| Montana | – | 1 | 2 | 3 |
| Oklahoma | – | – | 2 | 2 |
| Idaho | – | 1 | 1 | 1 |
| South Dakota | – | 1 | 2 | 3 |
| North Dakota | – | – | 1 | 1 |
| Texas | – | – | – | 2 |
| California | – | – | – | 2 |
| Michigan | – | – | – | 1 |
| Minnesota | – | – | – | 1 |
| New Mexico | – | – | – | 1 |
| Washington | – | – | – | 1 |
| All other | 18 | 7 | 13 | 5 |
| | | | | |
| Native White | 59 | 77 | 93 | 94 |
| Negro | 2 | 2 | 1 | 1 |
| Other nonwhite | – | 1 | 1 | 2 |
| Foreign born White | 37 | 19 | 5 | 3 |