<u>Mormon</u>

-44-

UTAH

| Native White State of Birth | Residence - year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |
| Utah | 74% | 80% | 79% | 74% |
| New York | 4 | 1 | - | - |
| Illinois | 4 | 2 | 1 | 1 |
| Iowa | 3 | 1 | 1 | - |
| Pennsylvania | 2 | 1 | - | - |
| Ohio | 2 | 1 | - | - |
| Missouri | 2 | 1 | 1 | 1 |
| Massachusetts | 1 | - | - | - |
| Tennessee | 1 | - | - | - |
| Indiana | 1 | 1 | - | - |
| New Jersey | 1 | - | - | - |
| California | 1 | 1 | 2 | 3 |
| Virginia | 1 | - | - | - |
| Nebraska | 1 | 1 | 1 | 1 |
| Michigan | - | 1 | - | - |
| Colorado | - | 1 | 2 | 2 |
| Kansas | - | 1 | 1 | 1 |
| Nevada | - | - | 1 | 1 |
| Wyoming | - | 1 | 1 | 1 |
| New Mexico | - | - | 1 | 1 |
| Idaho | - | 1 | 4 | 5 |
| Oklahoma | - | - | - | - |
| Montana | - | - | - | - |
| Washington | - | - | - | 1 |
| Texas | - | - | - | 1 |
| Arizona | - | - | - | 1 |
| All other | 2 | 5 | 5 | 6 |
| | | | | |
| Native White | 64 | 81 | 94 | 95 |
| Negro | - | - | - | 1 |
| Other nonwhite | - | 1 | 1 | 2 |
| Foreign born White | 35 | 17 | 4 | 3 |

Interior Southwest

-45-

ARIZONA

| Native White | Residence - year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| Arizona | 32% | 41% | 37% | 35% |
| New York | 13 | 3 | 2 | 3 |
| Pennsylvania | 8 | 2 | 2 | 3 |
| Ohio | 5 | 3 | 3 | 4 |
| California | 5 | 5 | 4 | 5 |
| Missouri | 2.5 | 4 | 3 | 3 |
| Massachusetts | 2.5 | 1 | 1 | 1 |
| Illinois | 2.5 | 4 | 5 | 6 |
| Texas | 2.5 | 8 | 7 | 5 |
| Kentucky | 2.5 | 2 | 1 | 1 |
| New Mexico | 2.5 | 4 | 3 | 2 |
| Indiana | 2.5 | 2 | 2 | 3 |
| Iowa | - | 2 | 2 | 3 |
| Arkansas | - | 1 | 3 | 1 |
| Kansas | - | 2 | 2 | 2 |
| Colorado | - | 2 | 1 | 2 |
| Utah | - | 2 | 1 | 1 |
| Oklahoma | - | 1 | 5 | 3 |
| Michigan | - | - | - | 3 |
| Wisconsin | - | - | - | 2 |
| New Jersey | - | - | - | 1 |
| Minnesota | - | - | - | 2 |
| South Dakota | - | - | - | 1 |
| Nebraska | - | - | - | 1 |
| Tennessee | - | - | - | 1 |
| Washington | - | - | - | 1 |
| West Virginia | - | - | - | 1 |
| All other | 21 | 11 | 16 | 4 |
| | | | | |
| Native White | 39 | 61 | 81 | 86 |
| Negro | | 1 | 3 | 3 |
| Other nonwhite | | 14 | 9 | 6 |
| Foreign born White | 60 | 23 | 6 | 5 |

Interior Southwest

-46-

NEW MEXICO

| Native White State of Birth | Residence - year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |
| New Mexico | 97% | 59% | 54% | 55% |
| New York | - | 1 | 1 | 1 |
| Pennsylvania | - | 1 | 1 | 1 |
| Texas | - | 11 | 14 | 12 |
| Ohio | - | 1 | 1 | 1 |
| Missouri | - | 4 | 2 | 2 |
| Illinois | - | 3 | 2 | 2 |
| Kentucky | - | 2 | 1 | 1 |
| Indiana | - | 1 | 1 | 1 |
| Tennessee | - | 2 | 1 | - |
| Colorado | - | 1 | 2 | 3 |
| Arkansas | - | 2 | 2 | 1 |
| Iowa | - | 1 | 1 | 1 |
| Kansas | - | 2 | 2 | 2 |
| California | - | - | 1 | 3 |
| Arizona | - | - | 1 | 1 |
| Oklahoma | - | 3 | 5 | 4 |
| Michigan | - | - | - | 1 |
| Nebraska | - | - | - | 1 |
| West Virginia | - | - | - | - |
| Alabama | - | - | - | - |
| Massachusetts | - | - | - | 1 |
| All other | 3 | 6 | 8 | 6 |
| | | | | |
| Native White | 92 | 86 | 90 | 88 |
| Negro | - | - | 1 | 2 |
| Other nonwhite | 1(?) | 6 | 6 | 8 |
| Foreign born White | 6 | 7 | 3 | 2 |

Pacific Southwest

-47-

CALIFORNIA

| Native White State of Birth | Residence - year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |
| California | 48% | 51% | 42% | 51% |
| New York | 10 | 5 | 3 | 3 |
| Missouri | 5 | 4 | 4 | 2 |
| Massachusetts | 5 | 2 | 1 | 1 |
| Ohio | 4 | 4 | 2 | 2 |
| Maine | 3 | 1 | - | - |
| Pennsylvania | 3 | 3 | 2 | 2 |
| Illinois | 3 | 5 | 4 | 4 |
| Kentucky | 2 | 1 | 3 | 1 |
| Iowa | 2 | 2 | 1 | 2 |
| Indiana | 2 | 2 | 1 | 1 |
| Wisconsin | 1 | 2 | 1 | 1 |
| Michigan | 1 | 2 | 2 | 2 |
| Oregon | 1 | 1 | 1 | 1 |
| Arkansas | 1 | 1 | 2 | 1 |
| Texas | 1 | 1 | 4 | 3 |
| Nevada | - | 1 | - | - |
| Kansas | - | 2 | 3 | 2 |
| Nebraska | - | 1 | 2 | 1 |
| Arizona | - | - | 1 | 1 |
| Oklahoma | - | - | 4 | 3 |
| Louisiana | - | - | - | 3 |
| Minnesota | - | - | - | 2 |
| Utah | - | - | - | 1 |
| New Jersey | - | - | - | 1 |
| North Dakota | - | - | - | 1 |
| South Dakota | - | - | - | 1 |
| Tennessee | - | - | - | 1 |
| Colorado | - | - | - | 1 |
| New Mexico | - | - | - | 1 |
| Washington | - | - | - | 1 |
| All other | 8 | 8 | 17 | 3 |

CALIFORNIA (continued)

| | | | | |
|---|---|---|---|---|
| Native White | 61 | 73 | 84 | |
| Negro | 1 | 1 | 4 | |
| Other nonwhite | 1 | 1 | 1 | |
| Foreign born White | 29 | 22 | 9 | |

Pacific Southwest

-49-

NEVADA

| Native White | Residence - year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| Nevada | 14% | 30% | 31% | 26% |
| New York | 14 | 4 | 3 | 4 |
| California | 10 | 12 | 11 | 15 |
| Ohio | 7 | 3 | 2 | 2 |
| Pennsylvania | 6 | 3 | 2 | 2 |
| Illinois | 5 | 4 | 3 | 3 |
| Maine | 5 | 1 | - | - |
| Missouri | 4 | 4 | 3 | 3 |
| Massachusetts | 4 | 1 | 1 | - |
| Utah | 4 | 6 | 8 | 6 |
| Kentucky | 3 | 1 | 1 | - |
| Iowa | 2 | 3 | 2 | 2 |
| Michigan | 2 | 2 | 1 | 2 |
| Oregon | - | 1 | 1 | 2 |
| Texas | - | 1 | 3 | 4 |
| Idaho | - | 1 | 2 | 3 |
| Nebraska | - | 1 | 2 | 1 |
| Colorado | - | 3 | 3 | 2 |
| Kansas | - | 2 | 2 | 2 |
| Arizona | - | - | 1 | 1 |
| Oklahoma | - | - | 2 | 2 |
| New Jersey | - | - | - | 1 |
| Minnesota | - | - | - | 2 |
| New Mexico | - | - | - | 2 |
| Washington | - | - | - | 2 |
| All other | 20 | 17 | 16 | 11 |
| Native White | 55 | 69 | 87 | 87 |
| Negro | 1 | 1 | 3 | 6 |
| Other nonwhite | - | 6 | 3 | 3 |
| Foreign born White | 37 | 22 | 7 | 4 |

Pacific Northwest

-50-

IDAHO

| Native White State of Birth | Residence - year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |
| Idaho | 13% | 32% | 51% | 55% |
| New York | 11 | 2 | - | - |
| Ohio | 7 | 3 | 1 | - |
| Missouri | 7 | 6 | 4 | 2 |
| Utah | 7 | 10 | 6 | 5 |
| Pennsylvania | 6 | 2 | 1 | 1 |
| Illinois | 6 | 5 | 2 | 1 |
| Oregon | 4 | 3 | 3 | 3 |
| Iowa | 4 | 6 | 2 | 1 |
| Indiana | 4 | 2 | 1 | - |
| Maine | 3 | - | - | - |
| California | 3 | 1 | 2 | 4 |
| Wisconsin | 1 | 3 | 1 | 1 |
| Washington | - | 3 | 4 | 5 |
| Nebraska | - | 3 | 4 | 3 |
| Kansas | - | 3 | 3 | 2 |
| Montana | - | 1 | 2 | 2 |
| Minnesota | - | 3 | 2 | 1 |
| Nevada | - | - | - | - |
| Wyoming | - | 1 | 1 | 1 |
| Colorado | - | - | - | 2 |
| Michigan | - | - | - | 1 |
| North Dakota | - | - | - | 1 |
| South Dakota | - | - | - | 1 |
| Arkansas | - | - | - | 1 |
| Oklahoma | - | - | - | 1 |
| Texas | - | - | - | 1 |
| All other | 24 | 9 | 11 | 5 |
| | | | | |
| Native White | 47 | 86 | 95 | 96 |
| Negro | 1 | - | - | - |
| Other nonwhite | | 1 | 1 | 2 |
| Foreign born White | 24 | 12 | 3 | 2 |

Pacific Northwest

-51-

OREGON

| Native White State of Birth | Residence - year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |
| Oregon | 47% | 40% | 43% | 50% |
| Missouri | 9 | 5 | 3 | 2 |
| Illinois | 6 | 5 | 2 | 2 |
| Ohio | 5 | 4 | 1 | 1 |
| Iowa | 5 | 5 | 3 | 2 |
| Indiana | 4 | 3 | 1 | 1 |
| New York | 4 | 3 | 1 | 1 |
| Kentucky | 3 | 1 | - | - |
| Pennsylvania | 2 | 2 | 1 | 1 |
| California | 2 | 3 | 4 | 7 |
| Tennessee | 2 | 1 | 1 | - |
| Washington | 1 | 3 | 6 | 7 |
| Michigan | 1 | 3 | 1 | 1 |
| Wisconsin | 1 | 3 | 2 | 1 |
| Kansas | - | 3 | 3 | 2 |
| Minnesota | - | 3 | 3 | 3 |
| Nebraska | - | 2 | 4 | 3 |
| Idaho | - | 1 | 2 | 2 |
| Oklahoma | - | - | 2 | 2 |
| North Dakota | - | - | 2 | 2 |
| South Dakota | - | - | 2 | 1 |
| Texas | - | - | 1 | 2 |
| Arkansas | - | - | 1 | 1 |
| Montana | - | - | - | 1 |
| Colorado | - | - | - | 1 |
| Utah | - | - | - | 1 |
| All other | 8 | 10 | 11 | 3 |
| | | | | |
| Native White | 87 | 82 | 93 | 95 |
| Negro | - | - | 1 | 1 |
| Other nonwhite | - | 1 | 1 | 2 |
| Foreign born White | 9 | 15 | 5 | 3 |