Pacific Northwest

-52-

WASHINGTON

| Native White State of Birth | Residence - year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |
| Washington | 34% | 29% | 46% | 53% |
| Oregon | 9 | 3 | 4 | 4 |
| New York | 6 | 4 | 1 | 1 |
| Illinois | 6 | 6 | 3 | 2 |
| Missouri | 5 | 4 | 3 | 2 |
| Ohio | 5 | 4 | 1 | 1 |
| Maine | 5 | 1 | - | - |
| Indiana | 5 | 3 | 1 | 1 |
| Iowa | 4 | 6 | 3 | 2 |
| Pennsylvania | 3 | 3 | 1 | 1 |
| Kentucky | 2 | 1 | 1 | - |
| California | 2 | 2 | 2 | 4 |
| Wisconsin | 1 | 6 | 3 | 2 |
| Michigan | 1 | 4 | 2 | 1 |
| Idaho | 1 | 1 | 2 | 3 |
| Minnesota | 1 | 6 | 5 | 3 |
| Montana | - | 1 | 3 | 3 |
| Kansas | - | 3 | 2 | 2 |
| Nebraska | - | 2 | 2 | 2 |
| North Dakota | - | 1 | 3 | 3 |
| South Dakota | - | 1 | 2 | 1 |
| Texas | - | - | 3 | 1 |
| Arkansas | - | - | 2 | 1 |
| Oklahoma | - | - | - | 1 |
| Colorado | - | - | - | 1 |
| Utah | - | - | - | 1 |
| All other | 10 | 9 | 5 | 4 |
| | | | | |
| Native White | 73 | 71 | 89 | 91 |
| Negro | 1 | - | 1 | 2 |
| Other nonwhite | 2 | 1 | 1 | 3 |
| Foreign born White | 19 | 20 | 8 | 5 |

-53-

Population of Alaska and Hawaii: 1970

Residence
(by percent of total native white population)

| 1. State or Region of Birth | Alaska | Hawaii |
|---|---|---|
| Northeast | 9 | 12 |
| North Central | 22 | 16 |
| South | 21 | 16 |
| West (exclusive of state of residence) | 28 | 18 |
| Alaska | 21*** | - |
| Hawaii | - | 37**** |
| Washington | 8 | 3 |
| California | 8 | 10 |
| Texas | 5 | 3 |
| Minnesota | 3 | 2 |
| Pennsylvania | 3 | 3 |
| Michigan | 3 | - |
| Oregon | 4 | 1 |
| Illinois | 2 | 3 |
| New York | 2 | 3 |
| Massachusetts | 1 | 2 |
| Virginia | 1 | 2 |

| 2. Race | | |
|---|---|---|
| Native White | 76 | 39* |
| Foreign Born White | 3 | 1** |
| Negro | 3 | 1 |
| Japanese | - | 28 |
| Original Races | 17 (Eskimo and Indian) | 13 (Polynesian and part-Polynesian) |
| Other Nonwhite | 1 | 19 (Chinese, Filipino) |

\*    Inflated by military population, see the discussion of Hawaii in
     <u>Cultural Regions of the United States</u>, Chapter IV.
\*\*   Total foreign born 9%
\*\*\*  34% of total population was born in Alaska
\*\*\*\* 78% of total population was born in Hawaii

# PART II

## State Population Origins 1870, 1910, 1950, 1970
### (Nonwhite)
### (Arranged Geographically)

-1-

Nonwhite Migration

| Nonwhite | Residence - year | | | |
|---|---|---|---|---|
| State of Birth | 1870 | 1910 | 1950 | 1970 |
| MASSACHUSETTS | | | | |
| Massachusetts | | | 55% | 55% |
| Georgia | | | 7 | 6 |
| North Carolina | | | 6 | 6 |
| South Carolina | | | 5 | 4 |
| Virginia | | | 5 | 4 |
| Alabama | | | - | 5 |
| Florida | | | - | 2 |
| New York | | | - | 3 |
| New Jersey | | | - | 1 |
| Pennsylvania | | | - | 1 |
| Mississippi | | | - | 2 |
| All other | | | 22 | 11 |
| NEW YORK | | | | |
| New York | 76% | 44% | 38% | 63% |
| Virginia | 7 | 23 | 10 | 4 |
| Maryland | 4 | 3 | 1 | - |
| North Carolina | 1 | 8 | 11 | 8 |
| South Carolina | 1 | 5 | 14 | 8 |
| Georgia | 1 | 3 | 8 | 4 |
| Florida | - | 1 | 3 | 2 |
| Alabama | - | - | 3 | 1 |
| Mississippi | - | - | 1 | - |
| Illinois | - | - | - | 1 |
| All other | 10 | 13 | 12 | 9 |

-2-

| Nonwhite State of Birth | Residence - year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |

**FLORIDA**

| | | | | |
|---|---|---|---|---|
| Florida | | | 62% | 70% |
| Georgia | | | 23 | 16 |
| Alabama | | | 6 | 5 |
| South Carolina | | | 4 | 3 |
| All other | | | 5 | 6 |

**GEORGIA**

| | | | | |
|---|---|---|---|---|
| Georgia | | | 93% | 92% |
| South Carolina | | | 2 | 1 |
| Alabama | | | 2 | 2 |
| Florida | | | - | 1 |
| All other | | | 3 | 4 |

**TEXAS**

| | | | | |
|---|---|---|---|---|
| Texas | | | 89% | 88% |
| Louisiana | | | 7 | 7 |
| All other | | | 4 | 5 |

**MICHIGAN**

| | | | | |
|---|---|---|---|---|
| Michigan | | | 28% | 53% |
| Alabama | | | 13 | 11 |
| Georgia | | | 13 | 5 |
| Mississippi | | | 10 | 8 |
| Arkansas | | | 6 | 4 |
| Tennessee | | | 6 | 4 |
| Louisiana | | | - | 2 |
| South Carolina | | | - | - |
| All other | | | 24 | 13 |

-3-

| Nonwhite State of Birth | Residence - year | | | |
|---|---|---|---|---|
| | 1870 | 1910 | 1950 | 1970 |

ILLINOIS

| | | | | |
|---|---|---|---|---|
| Illinois | 29% | 34% | 32% | 58% |
| Kentucky | 15 | 12 | 2 | - |
| Missouri | 14 | 9 | 3 | 2 |
| Tennessee | 12 | 14 | 7 | 4 |
| Alabama | 3 | 3 | 7 | 4 |
| Mississippi | 3 | 4 | 21 | 17 |
| Louisiana | 1 | 1 | 5 | 2 |
| Georgia | 1 | 3 | 5 | 2 |
| Arkansas | 1 | 1 | 7 | 4 |
| Texas | - | 1 | 1 | 1 |
| Virginia | 7 | 3 | - | - |
| North Carolina | 2 | 1 | 1 | - |
| South Carolina | 1 | 1 | 1 | - |
| New York | - | - | - | - |
| All other | 11 | 13 | 8 | 6 |

CALIFORNIA

| | | | | |
|---|---|---|---|---|
| California | | | 34% | 43% |
| Texas | | | 17 | 12 |
| Louisiana | | | 15 | 12 |
| Arkansas | | | 7 | 5 |
| Oklahoma | | | 5 | 3 |
| Mississippi | | | 4 | 6 |
| Alabama | | | - | 3 |
| All other | | | 19 | 16 |