UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ANGELO FEARS, : | |
| : | CASE NO. 01-CV183 |
| Petitioner, : | |
| : | District Judge Rice |
| : | Magistrate Judge Merz |
| vs. : | |
| : | |
| MARGARET BAGLEY, Warden : | |
| Mansfield Correctional Facility : | DEATH PENALTY CASE |
| Respondent. : | |

---

### NOTICE OF SUBSTITUTION OF COUNSEL FOR
### PETITIONER ANGELO FEARS
---

Linda Prucha, Assistant State Public Defender, hereby gives notice that she will be substituting as counsel for Stephen Ferrell. The reason for this substitution is that Mr. Ferrell no longer works with the Office of the Ohio Public Defender.

Linda Prucha will join Lawrence Greger as counsel of record for Petitioner Angelo Fears.

    Respectfully submitted,

    Lawrence J. Greger - 0002592
    120 W. Second Street
    Dayton, Ohio 45402
    (937) 223-3153

    David H. Bodiker
    Ohio Public Defender

        s/Linda E. Prucha
        Linda E. Prucha #0040689
        Assistant State Public Defender
        Email: linda.prucha@opd.state.oh.us

        Office of the Ohio Public Defender
        8 East Long Street - 11th floor
        Columbus, Ohio 43215
        (614) 466-5394; (614) 752-5167 (Fax)

        COUNSEL FOR PETITIONER

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2004, a copy of the foregoing **Notice of Substitution of Counsel** was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        s/Linda E. Prucha
        Linda E. Prucha #0040689
        Assistant State Public Defender

        COUNSEL FOR PETITIONER