# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ANGELO FEARS,

    Petitioner,

:   Case No. C-1-01-183

-vs-

:   District Judge Walter Herbert Rice
    Chief Magistrate Judge Michael R. Merz

MARGARET BAGLEY, Warden,

    Respondent.

:

---

**ENTRY**

---

This matter comes before the Court *sua sponte*.

Angelo Fears presented the testimony of Dr. Raymond D. Gastil at the evidentiary hearing in these habeas corpus proceedings on May 19, 2003. In the course of his cross-examination by Respondent, several printed pages from Dr. Gastil's internet website were admitted into evidence.

In the interest of completeness, the Court intends to supplement the record in the above-captioned case with the affidavit of Dr. Gastil, submitted at the request of the Ohio Public Defenders Office in the case of Herman Dale Ashworth, the substance of which is available on Dr. Gastil's website at http://socialanalysis.siteideas.net/ashworthontheweb.htm. The parties may file comments in support of or opposition to supplementation of the record no later than August 17, 2005.

August 2, 2005.

                                        s/ **Michael R. Merz**
                                        Chief United States Magistrate Judge

J:\Death Penalty\Fears v. Bagley\Entry Proposing Supplementation of Record.wpd