IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANGELO FEARS, | : | |
| Petitioner, | : | CASE NO. 01 CV 183 |
| vs. | : | JUDGE RICE |
| MARGARET A. BAGLEY, WARDEN | : | MAGISTRATE JUDGE MERZ |
| Respondent. | : | |

### WARDEN'S RESPONSE TO SUA SPONTE SUPPLEMENTATION OF RECORD WITH DR. GASTIL AFFIDAVIT FROM ASHWORTH CASE

The Warden respectfully commends the matter to the sound discretion of the Court.

As an observation, however, the Warden notes that Dr. Gastil has now cast white Scotch-Irish males as victims of "The Southern Culture of Violence", which heretofore the Warden was of the belief that victimology was confined to urban black males. In the Warden's view, this type of freewheeling social "science" would easily be exposed as lacking a foundation in scholarship and logic, and stands as a shining example of the propriety of a *Daubert* hearing in death penalty habeas practice.

Respectfully submitted,

**JIM PETRO**
Attorney General


S/ Stephen E. Maher
**STEPHEN E. MAHER (0032279)**
Assistant Attorney General
Trial Counsel of Record

Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(6l4) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Respondent's Post Evidentiary Hearing Memorandum has been forwarded to Lawrence Greger, 1100 Liberty Tower, 120 W. Second Street, Dayton, Ohio 45402 and Linda Prucha, Ohio Public Defender, 8 East Long Street, 11th Floor, Columbus, Ohio 43215, by electronic filing this 3rd day of August, 2005.

S/Stephen E. Maher
STEPHEN E. MAHER
Assistant Attorney General
