*AEDPA STANDARD OF REVIEW*
*TABLE OF CONTENTS*

|  | Page |
|---|---|
| **Standard Of Review Mandated By Statute** | 1 |
| *Terry Williams v. Taylor*, 529 U.S. 362 (2000) | 1 |
| *Holland v. Jackson*, 542 U.S. 649 (2004) | 1 |
| *Price v. Vincent*, 538 U.S. 634, 639 (2003) | 1 |
| **Not A De Novo Independent Inquiry** | 2 |
| *Yarborough v. Alvarado*, 541 U.S. 652, at 665 (2004) | 2 |
| *Terry Williams v. Taylor*, 529 U.S. 362, 411 (2000) | 2 |
| *Price v. Vincent*, 538 U.S. 634, 641 (2003) | 2 |
| *Bell v. Cone*, 535 U.S. 685, 699 (2002) | 2 |
| *Lockyer v. Andrade*, 538 U.S. 63, 75 (2003) | 2 |
| *Price v. Vincent*, 538 U.S. 634, 639 (2003) | 2 |
| **Factual Findings Stand Unless "Objectively Unreasonable"** | 2 |
| *Miller-El v. Cockrell*, 537 U.S. 322, 340 (2003) | 3 |
| *Price v. Vincent*, 538 U.S. 634, 639-640 (2003) | 3 |
| *Early v. Packer*, 537 U.S. 3, 8-9 (2002) | 3 |
| *Yarborough v. Alvarado*, 451 U.S. 652, at 665-667 (2004) | 3 |
| **Applications of USSC Law Stand Unless "Objectively Unreasonable"** | 3 |
| *Lockyer v. Andrade*, 538 U.S. 63, 75 (2003) | 4 |
| *Early v. Packer*, 537 U.S. 3, 7-8 (2002) | 4 |
| *Bell v. Cone*, 535 U.S. 685, 699 (2002) | 4 |
| *Terry Williams v. Taylor*, 529 U.S. 362, 405 (2000) | 4 |
| *Early v. Packer*, 537 U.S. 3, 10 (2002) | 4 |
| *Mitchell v. Esparza*, 540 U.S. 12, at 17 (2003) | 5 |
| *Terry Williams v. Taylor*, 529 U.S. 362, 406 (2000) | 5 |
| *Terry Williams v. Taylor*, 529 U.S. 362, 407 (2000) | 6 |
| *Woodford v. Visciotti*, 537 U.S. 19, 24-25 (2002) | 6 |
| *Bell v. Cone*, 535 U.S. 685, 698-699 (2002) | 6 |
| *Terry Williams v. Taylor*, 529 U.S. 362, 410-411 (2000) | 6 |
| *Yarborough v. Alvarado*, 541 U.S. 652, 665-666 (2004) | 6 |
| *Lockyer v. Andrade*, 538 U.S. 63, 75 (2003) | 6 |
| *Yarborough v. Alvarado*, 451 U.S. 652, 664 (2004) | 7 |
| *Lockyer v. Andrade*, 538 U.S. 63, 71 (2003) | 7 |
| *Terry Williams v. Taylor*, 529 U.S. 362, 412 (2000) | 7 |
| *Early v. Packer*, 573 U.S. 3, 8 (2002) | 7 |

***The Habeas Petitioner, Not The Warden, Carries The Burden***     7
***To Show A State Court Judgment To Be "Objectively Unreasonable"***

*Woodford v. Visciotti*, 537 U.S. 19, 25 (2002)     7

***State Court Decisions Should Be Given "The Benefit Of The Doubt"***     7

*Holland v. Jackson*, 542 U.S. 649, 655 (June 28, 2004)     8
*Woodford v. Visciotti*, 537 U.S. 19, 24 (2002)     8

<u>**Selected United State Supreme Court Case Notes**</u>

*Bell v. Cone*, 535 U.S. 685, 122 S. Ct. 1843, (May 28, 2002)     8

*Early v. Packer*, 537 U.S. 3 (November 4, 2002)     13

*Mitchell v. Esparza*, 124 S. Ct. 7,     15
2003 U.S. LEXIS 8191 (November 3, 2003)

*Terry Williams v. Taylor*, 529 U.S. 362 (April 18, 2000)     16

*Woodford v. Visciotti*, 537 U.S. 19 (November 4, 2002)     21