# CASE NOTES TABLE OF CONTENTS

|  | **Case Notes Page** |
|---|---|
| *Barclay v. Florida*, 463 U.S. 939 (July 6, 1983) | 1 |
| *Berger v. United States,* 295 U.S. 78 (April 15, 1935) | 2 |
| *Brown v. Ohio* 432 U.S. 161 (1977) | 3 |
| *Brown v. Sanders,* 126 S. Ct. 884, 2006 US LEXIS 760 (January 11, 2006) | 4 |
| *Clemons v. Mississippi,* 494 U.S. 738 (March 28, 1990) | 6 |
| *Darden v. Wainwright,* 477 U.S. 168 (June 23, 1986) | 7 |
| *Donnelly v. DeChristoforo*, 416 U.S. 637 (May 13, 1974) | 9 |
| *Doyle v. Ohio*, 426 U.S. 610 (June 17, 1976) | 11 |
| *Espinosa v. Florida,* 505 U.S. 1079 (June 29, 1992) | 12 |
| *Estelle V. McGuire,* 502 U.S. 62 (December 4, 1991) | 12 |
| *Francis v. Franklin,* 471 U.S. 307 (April 25, 1985) | 15 |
| *Griffin v. California,* 380 U.S. 609 (April 28, 1965) | 16 |
| *Jones v. United States,* 527 U.S. 373 (June 21, 1999) | 17 |
| *McKoy v. North Carolina,* 494 U.S. 433 (March 5, 1990) | 19 |
| *Mills v. Maryland,* 486 U.S. 367 (June 6, 1988) | 20 |
| *Patterson v. New York,* 432 U.S. 197 (June 17, 1977) | 25 |
| *Sandstrom v. Montana,* 442 U.S. 510 (June 18, 1979) | 26 |
| *Smith v. Phillips,* 455 U.S. 209 (January 25, 1982) | 28 |
| *Strickland v. Washington,* 466 U.S. 668 (May 14, 1984) | 30 |
| *Stringer v. Black,* 503 U.S. 222 (March 9, 1992) | 39 |
| *United States v. Young,* 407 U.S. 1 (February 20, 1985) | 42 |

*Zant v. Stephens*, 462 U. S. 862 (June 22, 1983)                                    44