UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ANGELO FEARS | Case No. 1:01-CV-183 |
| Petititioner, | Walter H. Rice, Judge |
| v. | Michael R. Merz, Chief Magistrate Judge |
| MARGARET BAGLEY, Warden, | <u>Death Penalty Case</u> |
| Respondent. | |

___

MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS
TO SUPPLEMENTAL REPORT AND RECOMMENDATIONS
___

Petitioner Angelo Fears, through counsel, requests an extension of time to December 8, 2006 to file Objections to the Supplemental Report and Recommendations.

<u>MEMORANDUM IN SUPPORT</u>

Undersigned counsel Linda Prucha is preparing the Objections to the Supplemental Report and Recommendations filed on October 10, 2006.  (Doc. 124).  This court previously granted an extension of time to December 1, 2006 to file the Objections.  (Doc. 126).  Due to illness and travel outside the office counsel requests an additional seven (7) calendar days to complete the Objections.

Counsel for Petitioner Fears spoke with Assistant Attorney General Stephen Maher, counsel for Respondent, who indicated that he had no objection to the extension of time.

Wherefore, counsel for Petitioner Fears respectfully requests that this Court extend the deadline for filing the Objections from December 1, 2006 to and including December 8, 2006.

Respectfully submitted,

s/ Lawrence J. Greger\_\_\_\_
LAWRENCE J. GREGER - 0002592
Attorney at Law
Suite 1100 Liberty Tower
120 W. Second Street
Dayton, OH 45402

and

DAVID BODIKER
Ohio Public Defender

s/ Linda E. Prucha_____
LINDA E. PRUCHA - 0040689
Assistant State Public Defender
Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215
(614) 466-5394

COUNSEL FOR PETITIONER

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November, 2006, a true copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO SUPPLEMENTAL REPORT AND RECOMMENDATIONS** was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Linda E. Prucha_____
COUNSEL FOR ANGELO FEARS