UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ANGELO FEARS, | : | Case No. 1:01-CV-183 |
| Petititioner, | : | Sandra S. Beckwith, Judge |
| v. | : | Michael R. Merz, Chief Magistrate Judge |
| MARGARET BAGLEY, Warden, | : | <u>Death Penalty Case</u> |
| Respondent. | : | |

_____

PETITIONER FEARS' NOTICE OF SUBSTITUTION
AND WITHDRAWAL OF COUNSEL
_____

Please take notice that Tim Young has replaced David Bodiker as Ohio Public Defender, in the above-styled appeal. David Bodiker should be withdrawn as counsel of record. Lawrence Greger and Linda Prucha remain as counsel for Petitioner Fears.

                                                  Respectfully submitted,

                                                  s/ Lawrence J. Greger____
                                                  LAWRENCE J. GREGER - 0002592
                                                  Attorney at Law
                                                  Suite 1100 Liberty Tower
                                                  120 W. Second Street
                                                  Dayton, OH 45402

                                                  and

OFFICE OF THE
OHIO PUBLIC DEFENDER

BY: s/ Linda E. Prucha
LINDA E. PRUCHA - 0040689
Assistant State Public Defender
Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215
(614) 466-5394

COUNSEL FOR PETITIONER

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2008, a true copy of the foregoing **PETITIONER FEARS' NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL** was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Linda E. Prucha
COUNSEL FOR ANGELO FEARS

272468