IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **ANGELO FEARS,** | : | |
| Petitioner, | : | CASE NO. 1:01-CV-00183 |
| v. | : | **JUDGE SANDRA S. BECKWITH** |
| **WARDEN, MANSFIELD** | : | **MAGISTRATE JUDGE MICHAEL R. MERZ** |
| Respondent. | : | *Death Penalty Case* |

**RESPONDENT'S NOTICE SUBSTITUTION OF LEAD AND TRIAL COUNSEL
AND TERMINATION OF COUNSEL**

Please take notice that **Assistant Attorney General Sarah A. Hadacek** hereby enters her appearance replacing **Assistant Attorney General Stephen E. Maher** as Lead and Trial Counsel of record in the above styled case. **Assistant Attorney General Stephen E. Maher** will serve as Co-Counsel in the case. **Principal Assistant Attorney General Charles L. Wille** is no longer on the case and should be terminated as Co-Counsel.

Copies of all pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned.

Respectfully submitted,
**MARC DANN**
Ohio Attorney General

**s/Sarah A. Hadacek**
**SARAH A. HADACEK (0080621)***
  **Lead and Trial Counsel*
Assistant Attorney General
Capital Crimes Unit
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(6l4) 728-7055; (614) 728-8600 (fax)
Email: shadeck@ag.state.oh.us

**COUNSEL FOR RESPONDENT**

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel for Petitioner:

| | |
|---|---|
| **Lawrence Joseph Greger** | **Timothy Young** |
| Greger Law Office | Montgomery County Public Defender |
| 120 W. Second Street, Suite 1100 | P. O. Box 972 |
| Dayton, Ohio 45402 | 301 West Third Street, L. L. |
| (937) 223-3153 | Dayton, Ohio 45422 |
| Email: LGreger912@aol.com | (937) 225-4652 |

s/Sarah A. Hadacek
**SARAH A. HADACEK (0080621)**
Assistant Attorney General