## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

Angelo Fears,
     Petitioner

    v.                          Case No. 1:01-cv-183

Margaret Bagley, Warden,
     Respondent

## JUDGMENT

**Jury Verdict.**    This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that petitioner's petition for writ of habeas corpus is **DENIED**.

    A certificate of appealability will issue on the First, Third, and Fifth Grounds for relief; the Sixth Ground for Relief with respect to the failure to appeal trial counsel's failure to object to prosecutorial misconduct; and on the Ninth Ground for Relief, in view of the ultimate penalty Fears is facing, and because reasonable jurists may reach different conclusions on the constitutional issues raised in these claims.

Date: July 15, 2008             James Bonini, Clerk

                                 By:  s/Mary C. Brown
                                 Mary C. Brown, Deputy Clerk