# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ANGELO FEARS | : | CASE NO: C-1-01-0183 |
| Petitioner | : | Chief Judge Walter H. Rice |
| - vs - | : | Magistrate Judge Michael R. Merz |
| MARGARET BAGLEY, WARDEN | : | |
| Respondent | : | DEATH PENALTY CASE |

### Notice of Appeal

Notice is hereby given that Petitioner/Appellant, Angelo Fears, appeals to the United States Court of Appeals for the Sixth Circuit from the opinion and order entered in this action on July 15, 2008, denying his petition for Writ of Habeas Corpus which was filed pursuant to 28 U.S.C. § 2254.

Respectively Submitted

s/Lawrence J. Greger
Lawrence J. Greger   0002592
Attorney at Law
Suite 1100 Liberty Tower
120 W. Second Street
Dayton, Ohio 45402
(937) 223-3153
LGreger912@Aol.com

s/:Linda Prucha
LINDA E. PRUCHA- 0040689
Assistant State Public Defender
Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215
(614) 466-5394