# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| ANGELO FEARS | : | CASE NO: 1:01CV183 |
| Plaintiff | : | Chief Judge Beckwith |
| | | Chief Magistrate Judge Michael R. Merz |
| -vs- | : | |
| | | **MOTION TO** |
| MARGARET BAGLEY, WARDEN | : | **PROCEED IN FORMA** |
| | | **PAUPERIS ON APPEAL** |
| Defendant | : | |

Comes now Petitioner, and moves this court for an order to permit him to proceed in forma pauperis on the appeal of the final judgment in this case. This is a death penalty case and counsel has been appointed from its inception. For all the foregoing reasons, Petitioner prays the court permit him to proceed without the payment of the filing fees, or any of related costs of his appeal because of his indigent status.

Respectfully submitted:

S:/Lawrence J. Greger
Lawrence J. Greger
Attorney at Law 0002592
Suite 1100 Liberty Tower
120 W. Second Street
Dayton, OH 45402
(937) 223-3153
lgreger912@aol.com

s/: Linda Purcha
LINDA PURCHA- 0040689
Assistant State Public Defender
Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215
(614) 466-5394

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Motion was served upon the Assistant Attorney General for the State of Ohio by filing same on the Court's CM/EFC system this 12th day of August, 2008

                                                               S:/Lawrence J. Greger